UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND SCHEME LITIGATION<br><br>This document relates to 1:18-CV-05053-LAK | MASTER DOCKET<br><br>Case No. 1-18-MD-02865-LAK |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kari Parks of the law firm Gusrae Kaplan Nusbaum PLLC hereby appears on behalf of Defendants The Goldstein Law Group PC 401(k) Profit Sharing Plan and Sheldon Goldstein. The undersigned hereby certifies that she is admitted to practice in this Court.

Dated: March 8, 2019
        New York, New York

GUSRAE KAPLAN NUSBAUM PLLC

By: /s/ Kari Parks
Kari Parks (KP 1273)
120 Wall Street, 25th Floor
New York, New York 10005
Telephone: (212) 269-1400
Fax: (212) 809-5449
kparks@gusraekaplan.com

*Counsel for Defendants The Goldstein Law Group PC 401(k) Profit Sharing Plan and Sheldon Goldstein*