UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to 1:18-CV-05053-LAK. | MASTER DOCKET<br><br>Case No. 1-18-MD-02865-LAK |

**RULE 7.1 DISCLOSURE STATEMENT OF**
**DEFENDANT THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARING PLAN**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant the Goldstein Law Group PC 401(k) Profit Sharing Plan certifies that no publicly-held corporation owns 10% or more of its stock.

Dated: April 8, 2019
        New York, New York

GUSRAE KAPLAN NUSBAUM PLLC

/s/ Kari Parks
Kari Parks
120 Wall Street, 25th Floor
New York, New York 10005
(212) 269-1400
kparks@gusraekaplan.com

*Counsel for Defendants / Counterclaim-Plaintiffs*
*The Goldstein Law Group PC 401(K) Profit*
*Sharing Plan & Sheldon Goldstein*