UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND      18-md-2865 (LAK)
LITIGATION

This paper applies to: 18-cv-05053 (LAK)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PRETRIAL ORDER NO. 12**
(ED&F Man's Motion for Reconsideration of Order Denying Protective Order)

LEWIS A. KAPLAN, *District Judge.*

    ED&F's motion for reconsideration [18-md-2865 Dkt. 230, 18-cv-5053 Dkt. 103] is denied. ED&F has not pointed to any controlling decisions or data that the Court overlooked in its November 7, 2019 order [PTO 11] denying ED&F's motion for a protective order. ED&F's motion for reconsideration raises substantially the same arguments the Court previously considered and rejected. The reasons the Court is not persuaded by ED&F's arguments are stated in the November 7, 2019 order.

    SO ORDERED.

Dated:  December 16, 2019

                       _____
                         Lewis A. Kaplan
                        United States District Judge