UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND LITIGATION<br><br>This document relates to:<br>18 Civ. 5053<br>18 Civ. 5374<br>18 Civ. 8655<br>18 Civ. 9797<br>18 Civ. 10100 | MASTER DOCKET<br><br>Case No.: 18-MD-02865 (LAK)<br><br>**STIPULATION AND [PROPOSED] ORDER** |

WHEREAS, Third-Party Plaintiffs DW Construction, Inc. Retirement Plan, Kamco Investments, Inc. Pension Plan, Kamco LP Profit Sharing Pension Plan, Linden Associates Defined Benefit Plan, Moira Associates 401(k) LLC Plan, Riverside Associates Defined Benefit Plan, American Investment Group of New York, L.P. Pension Plan, Del Mar Asset Management Savings and Retirement Plan, Federated Logistics LLC 401(k) Plan, Newsong Fellowship Church 401(k) Plan, The Goldstein Law Group PC 401(k) Profit Sharing Plan, and Sheldon Goldstein (collectively, "Third-Party Plaintiffs") have filed Third-Party Complaints against ED&F Man Capital Markets, Ltd. ("ED&F") in the above-listed actions;

WHEREAS, ED&F filed an Answer and Counterclaim in each of the above-listed actions on March 2, 2020;

WHEREAS, three groups of Third-Party Plaintiffs each filed a Motion to Dismiss ED&F's Counterclaims (the "Motions") on March 30, 2020;

WHEREAS, the deadline for ED&F to respond to each of the Motions is April 13, 2020, and the deadline for the Third-Party Plaintiffs to submit reply memoranda is April 20, 2020;

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties through their undersigned attorneys, that ED&F may respond to the Motions in a single omnibus memorandum, not to exceed 50 pages in length, on or before April 30, 2020.  The Third-Party Plaintiffs may file reply memoranda of law on or before May 15, 2020.

Dated: April 3, 2020
       New York, NY

| BINDER & SCHWARTZ LLP | K&L GATES LLP |
|---|---|
| /s/ Neil S. Binder | /s/ Brandon R. Dillman |
| Neil S. Binder | John C. Blessington (*pro hac vice*) |
| Wendy H. Schwartz | Brandon R. Dillman (*pro hac vice*) |
| M. Tomas Murphy | State Street Financial Center |
| Gregory C. Pruden | One Lincoln Street |
| 366 Madison Avenue, Sixth Floor | Boston, MA 02111 |
| New York, NY 10017 | T: 617.261.3100 |
| Tel: (212) 510-7008 | F: 617.261.3175 |
| Fax: (212) 510-7229 | |
| | *Attorneys for Third-Party Plaintiffs* |
| *Attorneys for Third-Party Defendant* | *DW Construction, Inc. Retirement Plan,* |
| *ED&F Man Capital Markets, Ltd.* | *Kamco Investments, Inc. Pension Plan,* |
| | *Kamco LP Profit Sharing Pension Plan,* |
| | *Moira Associates LLC 401(k) Plan, Linden* |
| | *Associates Defined Benefit Plan, Riverside* |
| | *Associates Defined Benefit Plan, American* |
| | *Investment Group of New York, L.P. Pension* |
| | *Plan, Stacey Kaminer, Joan Schulman,* |
| | *David Schulman, Newsong Fellowship* |
| | *Church 401(k) Plan, and Alexander Jamie* |
| | *Mitchell III* |

3

| | |
|---|---|
| KOSTELANETZ & FINK LLP | GUSRAE KAPLAN NUSBAUM PLLC |
| /s/ Eric Smith | /s/ Kari Parks |
| Bryan Skarlatos | Martin H. Kaplan |
| Eric Smith | Kari Parks |
| 7 World Trade Center, 34th Floor | 120 Wall Street |
| 250 Greenwich Street | New York, NY 10005 |
| 366 Madison Avenue, Sixth Floor | Telephone: (212) 269-1400 |
| New York, NY 10007 | Fax: (212) 809-4147 |
| T: 212-808-8100 | |
| F: 212-808-8108 | *Attorneys for Third-Party Plaintiffs The Goldstein Law Group PC 401(k) Profit Sharing Plan and Sheldon Goldstein* |
| *Attorneys for Third-Party Plaintiffs Del Mar Asset Management Savings and Retirement Plan and Federated Logistics LLC 401(k) Plan* | |

**IT IS SO ORDERED.**

/s/ Lewis A. Kaplan     April 13, 2020
_____
**HON. LEWIS A. KAPLAN, U.S.D.J.**

s