USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/19/19

# GUSRAE KAPLAN NUSBAUM PLLC
### ATTORNEYS AT LAW

120 WALL STREET-25TH FLOOR
NEW YORK, NEW YORK 10005
——

OF COUNSEL
ROBERT L. BLESSEY

SCOTT H. GOLDSTEIN
MARTIN H. KAPLAN
LAWRENCE G. NUSBAUM
RYAN J. WHALEN

TEL (212)269-1400
FAX (212)809-4147
——

81 MAIN STREET-SUITE 215
WHITE PLAINS, NEW YORK 10601
(914)644-8323
——

www.gusraekaplan.com

August 15, 2019

***VIA ECF***
Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

## MEMORANDUM ENDORSED

Re:    In re: Customs and Tax Administration of the Kingdom of Denmark
       (Skatteforvaltningen) Tax Refund Scheme Litigation, No. 1:18-md-
       02865-LAK, 1:18-cv-05053-LAK

Dear Judge Kaplan:

        We are counsel for Defendants–Third-Party Plaintiffs Sheldon Goldstein and the
Goldstein Law Group PC 401(K) Profit Sharing Plan (collectively, the "Goldstein
Defendants") in the above-captioned matter. Pursuant to Local Rule 7.1(d), we write on
behalf of the Goldstein Defendants and third-party defendant ED&F Capital Markets, Ltd.
("ED&F Man") to request extensions of time to file briefs regarding ED&F Man's Motion to
Dismiss the Third-Party Complaint. See Dkt. 169 (Aug. 5, 2019) (the "Motion").

        My associate and I had been conducting a jury trial in the federal district court for the
Northern District of Georgia since August 5, 2019, which originally was scheduled to last
three weeks but ended on August 14, 2019.

GUSRAE KAPLAN NUSBAUM PLLC

Consequently, the parties have agreed to extend the Goldstein Defendants' time to respond to the Motion from August 19, 2019 to August 30, 2019; and ED&F Man's time to reply to the Goldstein Defendants' opposition from August 26, 2019 to September 13, 2019.

Respectfully submitted,

/s/ Martin H. Kaplan
Martin H. Kaplan

cc:   All counsel of record (via ECF)

Application granted.  The Goldstein
Defendants' deadline to respond to the
Motion is extended to August 30, 2019; any
reply is due no later than September 13, 2019.

SO ORDERED.    New York, New York
               Dated:  August 19, 2019

Hon. Gregory H. Woods
Part I
United States District Judge