# K&L GATES

August 20, 2020

John C Blessington
john.blessington@klgates.com

T +1 617 261 3108
F +1 617 261 3175

**Via ECF**

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   In Re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Litigation, 18-md-2865 (LAK); related actions 18-cv-05053, 18-cv-09797, 18-cv-09836, 18-cv-09837, 18-cv-09838, 18-cv-09839, 18-cv-09840, 18-cv-09841, 18-cv-10100

Dear Judge Kaplan:

This letter is to inform you that newly-added defendants Acer Investment Group, LLC, Louise Kaminer, Darren Wittwer, and Robert Crema (the "New Defendants") filed their Reply Memorandum of Law in Support of the Motion to Dismiss Skatteforvaltningen's ("SKAT") Amended Complaints on August 20, 2020.

Counsel for the New Defendants made a good faith effort to comply with Paragraph 1 of the Court's Pretrial Order No. 4, dated October 10, 2018 (ECF No. 2; 18-md-02865), which requires any filing to be made in the master docket (18-md-02865) and "spread" to the action to which it applies. However, because filing a motion to dismiss in the master docket would not allow the filing to be "spread" to the underlying related actions, the New Defendants similarly could not file their reply in the master docket and "spread" it to the related actions. This ECF feature has been previously documented by lead defense counsel in this multidistrict litigation. *See e.g.,* Letter from Mark Allison, dated July 26, 2019 (ECF Doc. No. 165).

Counsel for the New Defendants filed the reply on August 20, 2020 in the master docket. This letter is being filed separately in the underlying related actions set forth above, with the reply, and supporting affidavit and exhibits attached in an effort to spread the filing to the appropriate related actions.

Respectfully submitted,

*/s/ John C. Blessington*
John C. Blessington

cc: Counsel of record, via ECF