

Brian S. Fraser

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY 10103

D: 212 259 6472
T: 212 880 3800
F: 212 880 8965
DirF: 212 259 7197

February 13, 2020

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Re: In re Customs and tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation, 18-md-2865 (LAK)*

*This document relates to: 1:18-cv-05053; 1:18-cv-05374; 1:18-08655; 1:18-cv-09797; 1:18-cv-10100*

Dear Judge Kaplan:

    We are counsel for third-party defendant ED&F Man Capital Markets, Ltd. ("ED&F"). On February 11, 2020, we filed a signed Stipulation wherein the parties agreed to extend the deadline for ED&F to serve a responsive pleading to all third-party complaints to March 2, 2020 as recited in the preamble. (Dkt. 267). The Court entered that stipulation the following day. (Dkt. 268). However, it has come to our attention that the filed Stipulation mistakenly recited March 1, 2020, a Sunday, in the final clause. All of the parties agreed to extend ED&F's deadline to March 2, 2020, and we respectfully request that the Court amend its Order and extend ED&F's deadline to respond to the third-party complaints such that they are due on March 2, 2020.

We thank Your Honor for your time and courtesy in this matter.

Respectfully submitted,

Brian Fraser

cc:    Kari Parks, Esq. (via ECF and e-mail)
       Brandon R. Dillman, Esq. (via ECF and e-mail)
       Bryan Skarlatos, Esq. (via ECF and e-mail)

51959621;1