UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX
REFUND LITIGATION

This document relates to: 1:18-cv-05053-LAK;
1:18-cv-05374-LAK; 1:18-cv-08655-LAK;
1:18-cv-09797-LAK; 1:18-cv-10100-LAK

MASTER DOCKET

Case No.: 1:18-md-02865-LAK

## STIPULATION AND [PROPOSED] ORDER
## GRANTING SUBSTITUTION OF COUNSEL

Notice is hereby given that, subject to approval of the court, Third-Party Defendant ED&F Man Capital Markets, Ltd. ("ED&F Man") substitutes the law firm of Binder & Schwartz LLP and its attorneys Neil S. Binder, Wendy H. Schwartz, M. Tomas Murphy and Gregory C. Pruden as counsel of record in place of the law firm Akerman LLP and its attorneys Brian S. Fraser and Kristen G. Niven. Contact information for new counsel is as follows:

Neil S. Binder
BINDER & SCHWARTZ, LLP
366 Madison Avenue, Sixth Floor
New York, NY 10017
Tel: (212) 510-7031
Fax: (212) 510-7229
nbinder@binderschwartz.com

I consent to the above substitution.

Date: 1st APRIL 2020

Christopher Smith, Director
ED&F Man Capital Markets Limited

We consent to being substituted.

Date: __April 2, 2020__          /s/ Brian S. Fraser
                                 _____
                                 Brian S. Fraser
                                 Kristen G. Niven
                                 AKERMAN LLP
                                 666 Fifth Avenue, 20th Floor
                                 New York, New York 10103
                                 Tel: (212) 880-3800
                                 Fax: (212) 880-8965
                                 brian.fraser@akerman.com
                                 kristen.niven@akerman.com

We consent to the above substitution.

Date: __4/2/2020__               _____
                                 Neil S. Binder
                                 Wendy H. Schwartz
                                 M. Tomas Murphy
                                 Gregory C. Pruden
                                 BINDER & SCHWARTZ LLP
                                 366 Madison Avenue, Sixth Floor
                                 New York, New York 10017
                                 Tel: (212) 510-7008
                                 Fax: (212) 510-7229
                                 nbinder@binderschwartz.com
                                 wschwartz@binderschwartz.com
                                 tmurphy@binderschwartz.com
                                 gpruden@binderschwartz.com

The substitution of counsel is hereby approved and is SO ORDERED.

Date: _____     _____
                                 HON. LEWIS A. KAPLAN, U.S.D.J.

2