**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX
REFUND LITIGATION

This document relates to: 1:18-cv-05053-LAK;
1:18-cv-05374-LAK; 1:18-cv-08655-LAK;
1:18-cv-09797-LAK; 1:18-cv-10100-LAK

MASTER DOCKET

Case No.: 1:18-md-02865-LAK

**NOTICE OF APPEARANCE**

---

    **PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned action on behalf of Third-Party Defendant / Third-Party Counter Claimant ED&F Man Capital Markets, Ltd. ("ED&F Man").  The undersigned certifies that he is admitted to practice in this Court and requests that notice of electronic filing of all papers in this action be transmitted to him at the address below.

    Undersigned counsel appears without waiver of any of ED&F Man's defenses, including but not limited to the defense of lack of personal jurisdiction.

Dated:    New York, New York
          April 3, 2020

                    Respectfully submitted,

                    **BINDER & SCHWARTZ LLP**

                    By:  /s/ Neil S. Binder
                        Neil S. Binder
                        Binder & Schwartz LLP
                        366 Madison Avenue, 6th Floor
                        New York, NY 10017
                        Telephone:  212-510-7031
                        Facsimile:   212-510-7299
                        nbinder@binderschwartz.com

                        *Attorneys for Third-Party Defendant / Third-Party Counter Claimant ED&F Man Capital Markets, Ltd.*