**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND LITIGATION<br><br>This document relates to: 1:18-cv-05053-LAK; 1:18-cv-05374-LAK; 1:18-cv-08655-LAK; 1:18-cv-09797-LAK; 1:18-cv-10100-LAK | MASTER DOCKET<br><br>Case No.: 1:18-md-02865-LAK<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned action on behalf of Third-Party Defendant / Third-Party Counter Claimant ED&F Man Capital Markets, Ltd. ("ED&F Man"). The undersigned certifies that he is admitted to practice in this Court and requests that notice of electronic filing of all papers in this action be transmitted to him at the address below.

Undersigned counsel appears without waiver of any of ED&F Man's defenses, including but not limited to the defense of lack of personal jurisdiction.

Dated:   New York, New York
         April 3, 2020

Respectfully submitted,

**BINDER & SCHWARTZ LLP**

By:   /s/ M. Tomas Murphy

M. Tomas Murphy
Binder & Schwartz LLP
366 Madison Avenue, 6th Floor
New York, NY 10017
Telephone:   212-510-7277
Facsimile:    212-510-7299
tmurphy@binderschwartz.com

*Attorneys for Third-Party Defendant / Third-Party Counter Claimant ED&F Man Capital Markets, Ltd.*