# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND LITIGATION

This document relates to: 1:18-cv-05053-LAK; 1:18-cv-05374-LAK; 1:18-cv-08655-LAK; 1:18-cv-09797-LAK; 1:18-cv-10100-LAK

MASTER DOCKET

Case No.: 1:18-md-02865-LAK

## STIPULATION AND [~~PROPOSED~~] ORDER
## GRANTING SUBSTITUTION OF COUNSEL

Notice is hereby given that, subject to approval of the court, Third-Party Defendant ED&F Man Capital Markets, Ltd. ("ED&F Man") substitutes the law firm of Binder & Schwartz LLP and its attorneys Neil S. Binder, Wendy H. Schwartz, M. Tomas Murphy and Gregory C. Pruden as counsel of record in place of the law firm Akerman LLP and its attorneys Brian S. Fraser and Kristen G. Niven. Contact information for new counsel is as follows:

Neil S. Binder
BINDER & SCHWARTZ, LLP
366 Madison Avenue, Sixth Floor
New York, NY 10017
Tel: (212) 510-7031
Fax: (212) 510-7229
nbinder@binderschwartz.com

I consent to the above substitution.

Date: 1st APRIL 2020

Christopher Smith, Director
ED&F Man Capital Markets Limited

We consent to being substituted.

Date: April 2, 2020

/s/ Brian S. Fraser

Brian S. Fraser
Kristen G. Niven
AKERMAN LLP
666 Fifth Avenue, 20th Floor
New York, New York 10103
Tel: (212) 880-3800
Fax: (212) 880-8965
brian.fraser@akerman.com
kristen.niven@akerman.com

We consent to the above substitution.

Date: 4/2/2020

Neil S. Binder
Wendy H. Schwartz
M. Tomas Murphy
Gregory C. Pruden
BINDER & SCHWARTZ LLP
366 Madison Avenue, Sixth Floor
New York, New York 10017
Tel: (212) 510-7008
Fax: (212) 510-7229
nbinder@binderschwartz.com
wschwartz@binderschwartz.com
tmurphy@binderschwartz.com
gpruden@binderschwartz.com

The substitution of counsel is hereby approved and is SO ORDERED.

Date: 4/3/2020

HON. LEWIS A. KAPLAN, U.S.D.J.

2