**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX
REFUND LITIGATION

This document relates to: 1:18-cv-05053-LAK;
1:18-cv-05374-LAK; 1:18-cv-08655-LAK;
1:18-cv-09797-LAK; 1:18-cv-10100-LAK

MASTER DOCKET

Case No.: 1:18-md-02865-LAK

**NOTICE OF APPEARANCE**

 

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned action on behalf of Third-Party Defendant / Third-Party Counter Claimant ED&F Man Capital Markets, Ltd. ("ED&F Man").  The undersigned certifies that she is admitted to practice in this Court and requests that notice of electronic filing of all papers in this action be transmitted to her at the address below.

Undersigned counsel appears without waiver of any of ED&F Man's defenses, including but not limited to the defense of lack of personal jurisdiction.

Dated:        New York, New York
              April 3, 2020

Respectfully submitted,

**BINDER & SCHWARTZ LLP**

By:   /s/ Wendy H. Schwartz

Wendy H. Schwartz
Binder & Schwartz LLP
366 Madison Avenue, 6th Floor
New York, NY 10017
Telephone:   212-510-7143
Facsimile:    212-510-7299
wschwartz@binderschwartz.com

*Attorneys for Third-Party Defendant / Third-Party Counter Claimant ED&F Man Capital Markets, Ltd.*