**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND LITIGATION<br><br>This document relates to: 1:18-cv-05053-LAK; 1:18-cv-05374-LAK; 1:18-cv-08655-LAK; 1:18-cv-09797-LAK; 1:18-cv-10100-LAK | MASTER DOCKET<br><br>Case No.: 1:18-md-02865-LAK<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned action on behalf of Third-Party Defendant / Third-Party Counter Claimant ED&F Man Capital Markets, Ltd. ("ED&F Man"). The undersigned certifies that he is admitted to practice in this Court and requests that notice of electronic filing of all papers in this action be transmitted to him at the address below.

Undersigned counsel appears without waiver of any of ED&F Man's defenses, including but not limited to the defense of lack of personal jurisdiction.

Dated:   New York, New York
         April 3, 2020

                                    Respectfully submitted,

                                    **BINDER & SCHWARTZ LLP**

                                By:  /s/ Gregory C. Pruden
                                    Gregory C. Pruden
                                    Binder & Schwartz LLP
                                    366 Madison Avenue, 6th Floor
                                    New York, NY 10017
                                    Telephone:   212-510-7239
                                    Facsimile:   212-510-7299
                                    gpruden@binderschwartz.com

                                    *Attorneys for Third-Party Defendant / Third-Party Counter Claimant ED&F Man Capital Markets, Ltd.*