# Exhibit 12-A

*Paid 02/06/2017*

**First Alton Inc.**
450 Alton Rd. Ste. 1603
Miami Beach, FL 33139 USA

## INVOICE

Date:              5-27-2015

Invoice Number:    05171501

Due Date:          06/15/15

FROM:    First Alton Inc.
         450 Alton Rd #1603
         Miami Beach, FL 33139 USA

TO:    Ganymede Cayman Limited
c/o Genesis Trust & Corporate Services
      2nd Floor, Midtown Plaza
      Elgin Avenue
      PO Box 448
      Grand Cayman KY1-1106
      Cayman Islands

TAX NOT APPLICABLE

| Description | Total |
|------------|-------|
| Advisory Fees | USD 2,012,559.00 |

Please arrange for payment to be made to:

Name: First Alton Inc.
Bank: Chase Bank
Account: ████2772
SWIFT Code: CHASUS33
Bank Address: Chase Bank
1801 Alton Road
Miami Beach, FL 33139

Thank you,

Roger Lehman
Director, First Alton Inc.

ELYSIUM-00000533