# Exhibit 12-B



## First Alton Inc.
450 Alton Rd. Ste 1603
Miami Beach, FL 33139 USA

### INVOICE

| | |
|---|---|
| Date: | 7-23-2015 |
| Invoice Number: | 07231501 |
| Due Date: | 08/15/15 |

| FROM: | First Alton Inc.<br>450 Alton Rd #1603<br>Miami Beach, FL 33139 USA | TO: | Acai Investments Limited<br>Craigmuir Chambers<br>Road Town, Tortola<br>VG 1110, British Virgin Islands |
|---|---|---|---|

**TAX NOT APPLICABLE**

| Description | Total |
|---|---|
| Consultancy Fees | USD 3,977,888.05 |

Please arrange for payment to be made to:

Name: First Alton Inc.
Bank: Wells Fargo
Account: ████0267
SWIFT Code: WFBIUS6S
Bank Address: Wells Fargo
784 Broadway
New York, NY 10003 USA

Thank you,

*R. L* (signature)

Roger Lehman
Director, First Alton Inc.