**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to 1:18-CV-05053-LAK. | MASTER DOCKET<br><br>Case No. 1:18-MD-02865-LAK |

**STIPULATION AND [PROPOSED] ORDER**
**EXTENDING TIME TO ANSWER OR RESPOND TO AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Skatteforvaltningen ("**SKAT**") and defendants The Goldstein Law Group PC 401(K) Profit Sharing Plan, Sheldon Goldstein, and Scott Goldstein (the "**Goldstein Parties**" and with SKAT, the "**Parties**") that the time for the Goldstein Parties to answer or otherwise respond to the amended complaint filed by SKAT pursuant to the Court's Order dated April 13, 2020 (Dkt. 317) shall be extended to and including Friday, July 3, 2020, unless and to the extent defendant Scott Goldstein fails to provide a waiver of service pursuant to Federal Rule of Civil Procedure 4(d).

This is the Parties' second request to modify the time for answering or responding to SKAT's amended complaint. On May 14, 2020, this Court so-ordered SKAT's and the Consolidated Defendants' (including the Goldstein Parties') first request to extend the time to answer or respond to SKAT's new and amended complaints to June 29, 2020. See Dkt. 336.

1

Dated: June 25, 2020

By: /s/ John T. McGoey
John T. McGoey
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
Tel: (212) 837-6000
john.mcgoey@hugheshubbard.com

*On behalf of Plaintiff Skatteforvaltningen*

By: /s/ Kari Parks
Kari Parks
Gusrae Kaplan Nusbaum PLLC
120 Wall Street
New York, New York 10005
Tel: (212) 269-1400
kparks@gusraekaplan.com

*On behalf of the Goldstein Parties*

SO ORDERED:

_____

Hon. Lewis A. Kaplan

United States District Judge