# GUSRAE KAPLAN NUSBAUM PLLC
ATTORNEYS AT LAW

SCOTT H. GOLDSTEIN
MARTIN H. KAPLAN
LAWRENCE G. NUSBAUM
RYAN J. WHALEN

120 WALL STREET-25TH FLOOR
NEW YORK, NEW YORK 10005

TEL (212)269-1400
FAX (212)809-4147

www.gusraekaplan.com

OF COUNSEL
ROBERT L. BLESSEY
HOWARD F. MULLIGAN

June 26, 2020

**VIA ECF**
The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      RE: In re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation, 18-md-2865 (LAK)

Dear Judge Kaplan:

      We write on behalf of defendants The Goldstein Law Group PC 401(K) Profit Sharing Plan, Sheldon Goldstein, and Scott Goldstein (the "**Goldstein Parties**") to request an additional five pages for the memorandum we will submit in support of our anticipated motion to dismiss plaintiff Skatteforvaltningen's (with the Goldstein Parties, the "**Parties**") amended complaint, for a total limit of 40 pages.

      Yesterday, the Goldstein Parties submitted a joint stipulation and proposed order extending their deadline to file their motion to dismiss from this coming Monday, June 29, to next Friday, July 3. See Dkt. 365. This was the Parties' second request for an extension of time to file the anticipated motion.

      Respectfully submitted,

      /s/ Kari Parks
      Kari Parks

cc: All counsel of record (via ECF)