UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to:   18-cv-09797<br>18-cv-10100<br>18-cv-05053 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## [~~PROPOSED~~] ORDER

The motion of John L. Gavin for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the Commonwealth of Massachusetts and that his contact information is as follows:

John L. Gavin
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
T: 617. 951.9204
F: 617.261.3175
E: john.gavin@klgates.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for (i) Defendants Newsong Fellowship Church 401K Plan; Alexander Jamie Mitchell III; and Acer Investment Group, LLC in the above-captioned lead case (Civ. No. 18-md-2865) and the related case (Civ. No. 18-cv-10100), (ii) Defendant Acer Investment Group, LLC in the lead case (Civ. No. 18-md-2865) and the related case (Civ. No. 18-cv-05053), and (iii) Defendants Kamco Investments, Inc. Pension Plan; Kamco LP Profit Sharing Pension Plan; Linden Associates

Defined Benefit Plan; Moira Associates LLC 401K Plan; Riverside Associates Defined Benefit Plan; American Investment Group Of New York, L.P. Pension Plan; DW Construction, Inc. Retirement Plan; Joan Schulman; David Schulman; Robert Crema; Darren Wittwer; Louise Kaminer; Stacey Kaminer; and Acer Investment Group, LLC in the lead case (Civ. No. 18-md-2865) and in the related case (Civ. No. 18-cv-09797);

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned cases in the United States District Court for the Southern District of New York for all purposes on behalf of (i) Defendants Newsong Fellowship Church 401K Plan; Alexander Jamie Mitchell III; and Acer Investment Group, LLC in the above-captioned lead case (Civ. No. 18-md-2865) and the related case (Civ. No. 18-cv-10100), and (ii) Defendants Kamco Investments, Inc. Pension Plan; Kamco LP Profit Sharing Pension Plan; Linden Associates Defined Benefit Plan; Moira Associates LLC 401K Plan; Riverside Associates Defined Benefit Plan; American Investment Group Of New York, L.P. Pension Plan; DW Construction, Inc. Retirement Plan; Joan Schulman; David Schulman; Robert Crema; Darren Wittwer; Louise Kaminer; Stacey Kaminer; and Acer Investment Group, LLC in the lead case (Civ. No. 18-md-2865) and in the related case (Civ. No. 18-cv-09797).

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 7/2/2020

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT COURT JUDGE

2