# Exhibit 10



SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000005
**Tax Ref:** 13-4030325

26 March 2014

Dear Sir or Madam,

### RE: A/C THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARING PLAN GOLDST-LAWGP

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

*NatWest Bank*
*High Street Branch Croydon Surrey*
*BIC  NWBKGB2L*
*IBAN* GB88 NWBK 6073 0134 0151 59

Please quote reference **BACEDK000005**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

Charlotte Benge
Tax Operations Manager

SKAT Fredensborg

Bilag nr. *123 - 11 - 1*

CONFIDENTIAL

GOLD_0000912



## Claim to Relief from Danish Dividend Tax

☐ In my capacity as beneficial owner        ☒ On behalf of the beneficial owner

Claim is made for refund of Danish dividend tax, in total DKK:    1306800.00

**Beneficial Owner**

Full name
THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARING PLAN

Full address
615 HAVERSTRAW ROAD,  SUFFERN
NY 10901
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number    1

*(This documentation is obligatory)*

**Financial institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street BranchCroydon

34015159

| Reg. no | Account no | |
|---|---|---|
| | NWBKGB2L | IBAN GB88NWBK60730134015159 |
| SWIFT | BLZ | IBAN |

On reclaim please quote:ACE DK 5

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and . . . . . . . . . . . . . . . . . . . . U.S.A.

Date        Official stamp and signature

When signed to be forwarded to:

**Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

SKAT Fredensborg

Bilag nr. *123 - 11 - 2*

06.003 ENG

CONFIDENTIAL

GOLD_0000913



**E D & F MAN CAPITAL MARKETS LIMITED**

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane,  London SE1 2QE and registered in the United Kingdom – confirm, The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein – Suite 1915, 61 Broadway, New York City, New York, 10006, United States of America, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | TDC A/S |
| ISIN: | DK0060228559 |
| SEDOL: | 5698790 |
| Ex Date: | 07th March 2014 |
| Record Date: | 11th March 2014 |
| Pay Date: | 12th March 2014 |
| Quantity: | 2,200,000 Shares |
| Gross Div Rate: | DKK 2.20 |
| Amount Received: | DKK 3,533,200.00 |
| WHT Suffered: | DKK 1,306,800.00 |
| WHT %: | 27% |

*4,840*

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED  SIGNATORY

Christina MacKinnon

Head of Securities Operations

SKAT Fredensborg

Bilag nr. *123-11- 3*

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone  +44 (0)20 7089 8000

**CONFIDENTIAL**                                                                 GOLD_0000914



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

CERTIFICATION
PROGRAM

Date: March 3, 2014



000120

Taxpayer: GOLDSTEIN LAW GROUP PC 401 K PROFIT SHARING PLAN
          TIN: 13-4030325
Tax Year: 2014

I certify that, to the best of our knowledge, the above-named entity is a trust forming part of a pension, profit sharing, or stock bonus plan qualified under section 401(a) of the U.S. Internal Revenue Code, which is exempt from U.S. taxation under section 501(a), and is a resident of the United States of America for purposes of U.S. taxation.

Nancy J. Aiello
Field Director, Accounts Management

SKAT Fredensborg

Bilag nr. 123-11-4

Form 6166 (Rev. 6-2008)
Catalog Number 43134V

CONFIDENTIAL

GOLD_0000915

# THE GOLDSTEIN LAW GROUP PC 401(K)
## PROFIT SHARING PLAN
### 615 HAVERSTRAW RD
### SUFFERN, NY 10901

### *Power of Attorney*

THIS POWER OF ATTORNEY, made this 25 day of February 2014 by THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARING PLAN ("the Company") WITNESSETH AS FOLLOWS:-

1.  The Company hereby appoints Goal TaxBack,  ("GTB") to be the attorney of the Company and in the Company's name and otherwise on the Company's behalf and as the Company's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Company from time to time, including  the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Company, or through GTB on behalf of the Company. The company also authorises GTB to set the procedure to collect the amounts claimed.

2.  The Company shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3.  The Company agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4.  The Company declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in the Company's name by virtue of this deed.

SKAT Fredensborg

Bilag nr. *123-11- 5*

**CONFIDENTIAL**

5. This deed shall be revocable on the unilateral act of the Company, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6. This deed shall be governed by and construed in accordance with English law, and the Company hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

IN WITNESS whereof this deed has been executed by the Company and is intended to be and is hereby delivered on the date above written.

Executed as a deed by -

Name of company:

*THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARING PLAN*

Acting by name(s) of:

SHELDON GOLDSTEIN,
Trustee

Duly authorised
signatory(ies):

SKAT Fredensborg

Bilag nr. *123 -11- 6*

CONFIDENTIAL



SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000014
**Tax Ref:** 13-4030325

04 April 2014

Dear Sir or Madam,

### RE: A/C THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARING PLAN GOLDST-LAWGP

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

*NatWest Bank*
*High Street Branch Croydon Surrey*
*BIC NWBKGB2L*
*IBAN GB88 NWBK 6073 0134 0151 59*

Please quote reference **BACEDK000014.**

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

Charlotte Benge
Tax Operations Manager

SKAT Fredensborg

Bilag nr. _123-12- 1_

GOAL TAXBACK LIMITED    7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG
t +44 (0)208 760 7130   f +44 (0)208 681 3854
e info@goalgroup.com

Registered in England & Wales Reg No  3701795
Registered Office. 7th Floor, 69 Park Lane, Croydon, Surrey CR9 1BG, UK.
Registered for VAT under number. 744 1757 34

Philadelphia              London              Hong Kong              Melbourne

CONFIDENTIAL                                                                 GOLD_0000918



**SKAT**

Claim to Relief from Danish Dividend Tax

| | ☐ In my capacity as beneficial owner | ☒ On behalf of the beneficial owner |
|---|---|---|

Claim is made for refund of Danish dividend tax, in total DKK: 3510000.00

**Beneficial Owner**

Full name
THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARING PLAN

Full address
615 HAVERSTRAW ROAD,  SUFFERN
NY 10901
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number    2

*(This documentation is obligatory)*

**Financial institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street BranchCroydon

| | 34015159 | |
|---|---|---|
| Reg. no | Account no | |
| NWBKGB2L | | IBAN GB88NWBK60730134015159 |
| SWIFT | BLZ | IBAN |

On reclaim please quote:-ACE DK 14

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and                    U.S.A.

.......................................................
Date            Official stamp and signature

When signed to be forwarded to:      **Skattecenter Høje-Taastrup**
                                      Postboks 60
                                      DK-2630 Taastrup

2010.07 (plnr. U 20x)

**06.003 ENG**

SKAT Fredensborg

Bilag nr. 123 - 12 - 2

**CONFIDENTIAL**



**ED&F MAN**

E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein - 61 Broadway, Suite 1915, New York, NY 10006, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Novo Nordisk A/S |
| ISIN: | DK0060534915 |
| SEDOL: | BHC8X90 |
| Ex Date: | 21/03/2014 |
| Record Date: | 25/03/2014 |
| Pay Date: | 26/03/2014 |
| Quantity: | 2,000,000.00 |
| Gross Div Rate: | 4.5 |
| Amount Received: | 6,570,000.00 |
| WHT Suffered: | 2,430,000.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

SKAT Fredensborg

Bilag nr. 123-12-3

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

**CONFIDENTIAL**

GOLD_0000920



**ED&F MAN CAPITAL MARKETS LIMITED**

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein - 61 Broadway, Suite 1915, New York, NY 10006, , USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Danske Bank A/S |
| ISIN: | DK0010274414 |
| SEDOL: | 4588825 |
| Ex Date: | 19/03/2014 |
| Record Date: | 21/03/2014 |
| Pay Date: | 24/03/2014 |
| Quantity: | 2,000,000.00 |
| Gross Div Rate: | 2 |
| Amount Received: | 2,920,000.00 |
| WHT Suffered: | 1,080,000.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

SKAT Fredensborg

Bilag nr. 123 - 12 - 4

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

**CONFIDENTIAL**

GOLD_0000921

**THE GOLDSTEIN LAW GROUP PC 401(K)**
**PROFIT SHARING PLAN**
615 HAVERSTRAW RD
SUFFERN, NY 10901

*Power of Attorney*

THIS POWER OF ATTORNEY, made this 25 day of February 2014 by THE
GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARING PLAN ("the Company")
WITNESSETH AS FOLLOWS:-

1. The Company hereby appoints Goal TaxBack, ("GTB") to be the attorney of the
   Company and in the Company's name and otherwise on the Company's behalf
   and as the Company's act and deed to sign, seal, execute, deliver, perfect and
   do all deeds, instruments, acts and things which may be required (or which GTB
   shall consider requisite) for or in connection with the provision of any tax
   services provided to the Company from time to time, including the reclaiming
   from any taxation authority in any jurisdiction (as appropriate) amounts in respect
   of payments made to the Company, or through GTB on behalf of the Company.
   The company also authorises GTB to set the procedure to collect the amounts
   claimed.

2. The Company shall ratify and confirm all transactions entered into, documents
   executed and things done by GTB or its delegates by virtue of the Power Of
   Attorney given by Clause 1 of this deed unless it is proved that GTB or its
   delegates have acted with negligence, willful default or fraud.

3. The Company agrees to indemnify GTB against all costs, liabilities and expenses
   including (without limitation) any reasonable legal fees and disbursements arising
   directly or indirectly out of the exercise or purported exercise of GTB's powers
   under this deed PROVIDED THAT GTB shall not be indemnified against any
   such liabilities, costs and expenses arising out of GTB or any nominee's or
   agent's or delegates own willful default, negligence or fraud.

4. The Company declares that any person dealing with GTB shall not be concerned
   to see or enquire as to the proprietary or expediency of any act, deed, matter or
   thing which GTB may do or perform in the Company's name by virtue of this
   deed.

SKAT Fredensborg

Bilag nr. 123-12-5

CONFIDENTIAL    GOLD_0000922

5.  This deed shall be revocable on the unilateral act of the Company, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6.  This deed shall be governed by and construed in accordance with English law, and the Company hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

IN WITNESS whereof this deed has been executed by the Company and is intended to be and is hereby delivered on the date above written.

Executed as a deed by -

Name of company:

                    **THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARING PLAN**

Acting by name(s) of:

                    SHELDON GOLDSTEIN,
                    Trustee

Duly authorised
signatory(ies):

SKAT Fredensborg

Bilag nr. 123-12-6

**CONFIDENTIAL**

GOLD_0000923



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

CERTIFICATION
PROGRAM



000120

Date: March 3, 2014

Taxpayer: GOLDSTEIN LAW GROUP PC 401 K PROFIT SHARING PLAN
     TIN: 13-4030325
Tax Year: 2014

I certify that, to the best of our knowledge, the above-named entity is
a trust forming part of a pension, profit sharing, or stock bonus plan
qualified under section 401(a) of the U.S. Internal Revenue Code, which
is exempt from U.S. taxation under section 501(a), and is a resident of
the United States of America for purposes of U.S. taxation.

*Nancy J. Aiello*

Nancy J. Aiello
Field Director, Accounts Management

SKAT Fredensborg

Bilag nr. 123-12-7

Form 6166 (Rev. 6-2006)
Catalog Number 43134V

CONFIDENTIAL                                   GOLD_0000924



SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000028
**Tax Ref:** 13-4030325

06 May 2014

Dear Sir or Madam,

### RE: A/C THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARING PLAN GOLDST-LAWGP

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

*NatWest Bank*
*High Street Branch Croydon Surrey*
*BIC  NWBKGB2L*
*IBAN GB88 NWBK 6073 0134 0151 59*

Please quote reference **BACEDK000028**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

Charlotte Benge
Tax Operations Manager

SKAT Fredensborg

Bilag nr. *123 - 13 - 1*

GOAL TAXBACK LIMITED    7th Floor, 69 Park Lane, Croydon, Surrey, CR0 1BG    Registered in England & Wales Reg No 3701795
t +44 (0)208 760 7130  f +44 (0)208 681 2854    Registered Office: 7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BL, UK
e info@goalgroup.com    Registered for VAT under number 744 1757 24

Philadelphia          London          Hong Kong          Melbourne

**CONFIDENTIAL**                                                                 GOLD_0000925



**SKAT**

Claim to Relief from Danish Dividend Tax

|  |  |  |  |
|---|---|---|---|
| ⠇ ⠇ In my capacity as beneficial owner | ☒ On behalf of the beneficial owner |

Claim is made for refund of Danish dividend tax, in total DKK:      290250.00

**Beneficial Owner**

Full name
THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARING PLAN

Full address
615 HAVERSTRAW ROAD,  SUFFERN
NY 10901
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number:      1

*(This documentation is obligatory)*

**Financial Institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street BranchCroydon

| Reg. no | Account no |
|---|---|
|  | 34015159 |

| SWIFT | BLZ | IBAN |
|---|---|---|
| NWBKGB2L |  | IBAN GB88NWBK60730134015159 |

On reclaim please quote:ACE DK 28

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and ............................      U.S.A.

........................................
Date                    Official stamp and signature

When signed to be forwarded to:

**Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

2010.07 (gl.nr. U 30a)

06.003 ENG

SKAT Fredensborg

Bilag nr. *123-13-2*

**CONFIDENTIAL**

GOLD_0000926



ED&F
MAN

E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein - 61 Broadway, Suite 1915, New York, 10006, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | D/S Norden A/S |
| ISIN: | DK0060083210 |
| SEDOL: | B1WP656 |
| Ex Date: | 24/04/2014 |
| Record Date: | 28/04/2014 |
| Pay Date: | 29/04/2014 |
| Quantity: | 215,000.00 |
| Gross Div Rate: | 5 |
| Amount Received: | 784,750.00 |
| WHT Suffered: | 290,250.00 |
| Currency: | DKK |
| WHT %: | 27% |

*1.0 75.000*

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*L. MacKinnon*

Head of Securities Operations

SKAT Fredensborg

Bilag nr. *123 -13- 3*

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

# THE GOLDSTEIN LAW GROUP PC 401(K)
# PROFIT SHARING PLAN
### 615 HAVERSTRAW RD
### SUFFERN, NY 10901

*Power of Attorney*

THIS POWER OF ATTORNEY, made this 25 day of February 2014 by THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARING PLAN ("the Company") WITNESSETH AS FOLLOWS:-

1.  The Company hereby appoints Goal TaxBack,  ("GTB") to be the attorney of the Company and in the Company's name and otherwise on the Company's behalf and as the Company's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Company from time to time, including  the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Company, or through GTB on behalf of the Company. The company also authorises GTB to set the procedure to collect the amounts claimed.

2.  The Company shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3.  The Company agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4.  The Company declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in the Company's name by virtue of this deed.

SKAT Fredensborg

Bilag nr. *123-13- 4*

5. This deed shall be revocable on the unilateral act of the Company, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6. This deed shall be governed by and construed in accordance with English law, and the Company hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

IN WITNESS whereof this deed has been executed by the Company and is intended to be and is hereby delivered on the date above written.

Executed as a deed by -

Name of company:

Acting by name(s) of:

THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARING PLAN

SHELDON GOLDSTEIN, Trustee

Duly authorised signatory(ies):

SKAT Fredensborg

Bilag nr. *123 -13- 5*

CONFIDENTIAL

GOLD_0000929



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

CERTIFICATION
PROGRAM

Date: March 3, 2014

I120

Taxpayer: GOLDSTEIN LAW GROUP PC 401 K PROFIT SHARING PLAN
          TIN: 13-4030325
Tax Year: 2014

          I certify that, to the best of our knowledge, the above-named entity is
          a trust forming part of a pension, profit sharing, or stock bonus plan
          qualified under section 401(a) of the U.S. Internal Revenue Code, which
          is exempt from U.S. taxation under section 501(a), and is a resident of
          the United States of America for purposes of U.S. taxation.

          *Nancy J. Aiello*

          Nancy J. Aiello
          Field Director, Accounts Management

Form 6166 (Rev. 6-2008)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. 123-13-6

CONFIDENTIAL                                                                GOLD_0000930



CONFIDENTIAL

SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000044
**Tax Ref:** 13-4030325

10 December 2014

Dear Sir or Madam,

### RE: A/C THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARING PLAN GOLDST-LAWGP

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

*NatWest Bank*
*High Street Branch Croydon Surrey*
*BIC NWBKGB2L*
*IBAN GB88 NWBK 6073 0134 0151 59*

Please quote reference **BACEDK000044**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

*Rodrigues*

Melissa-Anne Rodrigues
Senior Operations Analyst

SKAT Fredensborg

Bilag nr. 123-14-1

GOAL TAXBACK LIMITED    7th Floor, 69 Park Lane, Croydon, Surrey CR9 1BG    Registered in England & Wales Reg No. 3707763    t +44 (0)208 760 7130   f +44 (0)208 681 2834    Registered Office: 7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG UK    e info@goalgroup.com    Registered for VAT under number: 744 1757 24



**SKAT**

Claim to Relief from Danish Dividend Tax

|  | ☐ In my capacity as beneficial owner | ☒ On behalf of the beneficial owner |
|---|---|---|

Claim is made for refund of Danish dividend tax, in total DKK: 708750.00

**Beneficial Owner**

Full name
THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARING PLAN

Full address
615 HAVERSTRAW ROAD,  SUFFERN
NY 10901
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

*meangues*

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number: 1

*(This documentation is obligatory)*

**Financial institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street BranchCroydon

| | 34015159 | |
|---|---|---|
| Reg no | Account no | |
| | NWBKGB2L | IBAN GB88NWBK60730134015159 |
| SWIFT | BLZ | IBAN |

On reclaim please quote:·ACE DK 44

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and ............................ U.S.A.

Date          Official stamp and signature

When signed to be forwarded to:

Skattecenter Høje-Taastrup
Postboks 60
DK-2630 Taastrup

SKAT Fredensborg

Bilag nr. *123-14-2*

06.003 ENG

2910.07 (gl nr. U 20a)

CONFIDENTIAL

GOLD_0000932



**ED&F MAN**

E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein - 61 Broadway, Suite 1915, New York City, New York, 10006, USA was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Coloplast A/S |
| ISIN: | DK0060448595 |
| SEDOL: | B8FMRX8 |
| Ex Date: | 05/12/2014 |
| Record Date: | 08/12/2014 |
| Pay Date: | 09/12/2014 |
| Quantity: | 350,000.00 |
| Gross Div Rate: | 7.5 |
| Amount Received: | 1,916,250.00 |
| WHT Suffered | 708,750.00 |
| Currency | DKK |
| WHT %: | 27% |

*2,625* (handwritten)

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone +44 (0)20 7089 8000
SKAT Fredensborg

Bilag nr. *123-14-3*

**CONFIDENTIAL**

GOLD_0000933



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

CERTIFICATION
PROGRAM

Date: March 3, 2014



000120

Taxpayer: GOLDSTEIN LAW GROUP PC 401 K PROFIT SHARING PLAN
         TIN: 13-4030325
Tax Year: 2014

        I certify that, to the best of our knowledge, the above-named entity is
    a trust forming part of a pension, profit sharing, or stock bonus plan
    qualified under section 401(a) of the U.S. Internal Revenue Code, which
    is exempt from U.S. taxation under section 501(a), and is a resident of
    the United States of America for purposes of U.S. taxation.

*Nancy J. Aiello*

Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev. 6-2008)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. 123-14  4

**CONFIDENTIAL**

GOLD_0000934

**THE GOLDSTEIN LAW GROUP PC 401(K)**
**PROFIT SHARING PLAN**
615 HAVERSTRAW RD
SUFFERN, NY 10901

*Power of Attorney*

THIS POWER OF ATTORNEY, made this 25 day of February 2014 by THE
GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARING PLAN ("the Company")
WITNESSETH AS FOLLOWS:-

1.  The Company hereby appoints Goal TaxBack,  ("GTB") to be the attorney of the
    Company and in the Company's name and otherwise on the Company's behalf
    and as the Company's act and deed to sign, seal, execute, deliver, perfect and
    do all deeds, instruments, acts and things which may be required (or which GTB
    shall consider requisite) for or in connection with the provision of any tax
    services provided to the Company from time to time, including  the reclaiming
    from any taxation authority in any jurisdiction (as appropriate) amounts in respect
    of payments made to the Company, or through GTB on behalf of the Company.
    The company also authorises GTB to set the procedure to collect the amounts
    claimed.

2.  The Company shall ratify and confirm all transactions entered into, documents
    executed and things done by GTB or its delegates by virtue of the Power Of
    Attorney given by Clause 1 of this deed unless it is proved that GTB or its
    delegates have acted with negligence, willful default or fraud.

3.  The Company agrees to indemnify GTB against all costs, liabilities and expenses
    including (without limitation) any reasonable legal fees and disbursements arising
    directly or indirectly out of the exercise or purported exercise of GTB's powers
    under this deed PROVIDED THAT GTB shall not be indemnified against any
    such liabilities, costs and expenses arising out of GTB or any nominee's or
    agent's or delegates own willful default, negligence or fraud.

4.  The Company declares that any person dealing with GTB shall not be concerned
    to see or enquire as to the proprietary or expediency of any act, deed, matter or
    thing which GTB may do or perform in the Company's name by virtue of this
    deed.

SKAT Fredensborg

Bilag nr. *123-14· 5*

CONFIDENTIAL

GOLD_0000935



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

CERTIFICATION
PROGRAM

Date: March 3, 2014



000120      Taxpayer: GOLDSTEIN LAW GROUP PC 401 K PROFIT SHARING PLAN
                  TIN: 13-4030325
            Tax Year: 2014

            I certify that, to the best of our knowledge, the above-named entity is
            a trust forming part of a pension, profit sharing, or stock bonus plan
            qualified under section 401(a) of the U.S. Internal Revenue Code, which
            is exempt from U.S. taxation under section 501(a), and is a resident of
            the United States of America for purposes of U.S. taxation.

*Nancy J Aiello*

Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev. 6-2008)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. 123-14 4

**CONFIDENTIAL**                                                      GOLD_0000936

**THE GOLDSTEIN LAW GROUP PC 401(K)**
**PROFIT SHARING PLAN**
615 HAVERSTRAW RD
SUFFERN, NY 10901

*Power of Attorney*

THIS POWER OF ATTORNEY, made this 25 day of February 2014 by THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARING PLAN ("the Company") WITNESSETH AS FOLLOWS:-

1. The Company hereby appoints Goal TaxBack, ("GTB") to be the attorney of the Company and in the Company's name and otherwise on the Company's behalf and as the Company's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Company from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Company, or through GTB on behalf of the Company. The company also authorises GTB to set the procedure to collect the amounts claimed.

2. The Company shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3. The Company agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4. The Company declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in the Company's name by virtue of this deed.

SKAT Fredensborg

Bilag nr. 123-14·5

**CONFIDENTIAL**

GOLD_0000937

5. This deed shall be revocable on the unilateral act of the Company, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6. This deed shall be governed by and construed in accordance with English law, and the Company hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

IN WITNESS whereof this deed has been executed by the Company and is intended to be and is hereby delivered on the date above written.

Executed as a deed by -

Name of company:

THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARING PLAN

Acting by name(s) of:

SHELDON GOLDSTEIN, Trustee

Duly authorised signatory(ies):

SKAT Fredensborg

Bilag nr. 123 - 14 - 6

CONFIDENTIAL

GOLD_0000938



CONFIDENTIAL

SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000047
**Tax Ref:** 13-4030325

04 March 2015

Dear Sir or Madam,

<u>RE: A/C THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARING PLAN GOLDST-LAWGP</u>

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

*NatWest Bank*
*High Street Branch Croydon Surrey*
*BIC NWBKGB2L*
*IBAN GB88 NWBK 6073 0134 0151 59*

Please quote reference **BACEDK000047**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

Melissa-Anne Rodrigues
Operations Manager

SKAT Fredensborg

Bilag nr. *123 - 15 - 1*

GOAL TAXBACK LIMITED    Third Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG    Registered in England & Wales Reg No. 3717794
+44 (0)208 760 7130  Fax+44 (0)208 681 2954    Registered Office: Third Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG    UK
e-info@goalgroup.com    Registered for VAT under number 744 1767 54



**SKAT**

Claim to Relief from Danish Dividend Tax

| | In my capacity as beneficial owner | X On behalf of the beneficial owner |

Claim is made for refund of Danish dividend tax, in total DKK:    451980.00

**Beneficial Owner**

Full name
THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARING PLAN

Full address
615 HAVERSTRAW ROAD, SUFFERN
NY 10901
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

*RRodrigues*

goal

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number    1

*(This documentation is obligatory)*

**Financial institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street BranchCroydon

34015159

| Reg no | Account no |

| NWBKGB2L | IBAN GB88NWBK60730134015159 |
| SWIFT | BLZ | IBAN |

On reclaim please quote:-ACE DK 47

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and                U.S.A.

................................................
Date        Official stamp and signature

When signed to be forwarded to:        **Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

2010.07 (gl.nr.0.20x)
06.003 ENG

SKAT Fredensborg

Bilag nr. *123-15-2*

CONFIDENTIAL                                    GOLD_0000940



**ED&F MAN**

E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein - Suite 1915, 61 Broadway, New York City, New York, 10006, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Novozymes A/S |
| ISIN: | DK0060336014 |
| SEDOL: | B798FW0 |
| Ex Date: | 26/02/2015 |
| Record Date: | 27/02/2015 |
| Pay Date: | 02/03/2015 |
| Quantity: | 558,000.00 |
| Gross Div Rate: | 3.00 |
| Amount Received: | 1,222,020.00 |
| WHT Suffered: | 451,980.00 |
| Currency: | DKK |
| WHT %: | 27% |

*1.674.000*

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein. If you have any further concerns or issues please do not hesitate to contact us.

A U T H O R I S E D   S I G N A T O R Y

Christina MacKinnon

Head of Securities Operations

SKAT Fredensborg

Bilag nr. *123-15- 3*

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone. +44 (0)20 7089 8000

**CONFIDENTIAL**



CERTIFICATION
PROGRAM

INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

Date: January 21, 2015

Taxpayer: GOLDSTEIN LAW GROUP PC 401 K PROFIT SHARING PLAN
       TIN: 13-4030325
Tax Year: 2015

I certify that, to the best of our knowledge, the above-named entity is
a trust forming part of a pension, profit sharing, or stock bonus plan
qualified under section 401(a) of the U.S. Internal Revenue Code, which
is exempt from U.S. taxation under section 501(a), and is a resident of
the United States of America for purposes of U.S. taxation.

Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev 6-2006)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. 123-15-4

**CONFIDENTIAL**

GOLD_0000942

**THE GOLDSTEIN LAW GROUP PC 401(K)
PROFIT SHARING PLAN**
615 HAVERSTRAW RD
SUFFERN, NY 10901

*Power of Attorney*

THIS POWER OF ATTORNEY, made this 25 day of February 2014 by THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARING PLAN ("the Company") WITNESSETH AS FOLLOWS:-

1.  The Company hereby appoints Goal TaxBack, ("GTB") to be the attorney of the Company and in the Company's name and otherwise on the Company's behalf and as the Company's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Company from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Company, or through GTB on behalf of the Company. The company also authorises GTB to set the procedure to collect the amounts claimed.

2.  The Company shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3.  The Company agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4.  The Company declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in the Company's name by virtue of this deed.

SKAT Fredensborg

Bilag nr. 123-15 5

**CONFIDENTIAL**

GOLD_0000943

5. This deed shall be revocable on the unilateral act of the Company, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6. This deed shall be governed by and construed in accordance with English law, and the Company hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

IN WITNESS whereof this deed has been executed by the Company and is intended to be and is hereby delivered on the date above written.

Executed as a deed by -

Name of company:

*THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARING PLAN*

Acting by name(s) of:

SHELDON GOLDSTEIN, Trustee

Duly authorised
signatory(ies):

SKAT Fredensborg

Bilag nr. *123-15-6*

CONFIDENTIAL

GOLD_0000944



CONFIDENTIAL

SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000056
**Tax Ref:** 13-4030325

26 March 2015

Dear Sir or Madam,

### RE: A/C THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARING PLAN GOLDST-LAWGP

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

*NatWest Bank*
*High Street Branch Croydon Surrey*
*BIC  NWBKGB2L*
*IBAN GB88 NWBK 6073 0134 0151 59*

Please quote reference **BACEDK000056**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

*Rodrigues*

Melissa-Anne Rodrigues
Operations Manager

SKAT Fredensborg

Bilag nr. *123-16-1*

GOAL TAXBACK LIMITED    7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BC    Registered in England & Wales Reg No. 3731795
t +44 (0)208 760 7130  f +44 (0)208 681 2854    Registered Office: 7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG, UK
e info@goalgroup.com    Registered for VAT under number 744 1757 24

# Acknowledgement Copy



**goal** group
*accelerating investor returns*

SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000056
**Tax Ref:** 13-4030325

26 March 2015

Dear Sir or Madam,

### RE: A/C THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARING PLAN GOLDST-LAWGP

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

*NatWest Bank*
*High Street Branch Croydon Surrey*
*BIC NWBKGB2L*
*IBAN GB88 NWBK 6073 0134 0151 59*

Please quote reference **BACEDK000056**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

*URodrigues*

Melissa-Anne Rodrigues
Operations Manager

## Please sign below and return to acknowledge receipt
## Signed                               Dated

SKAT Fredensborg

Bilag nr. *123-16- 2*

GOAL TAXBACK LIMITED     7th Floor 69 Park Lane Croydon Surrey, CR9 1BG     Registered in England & Wales Reg No. 3737795
+44(0)208 760 7130  f+44 (0)208 667 2554     Registered Office: 7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG, UK
e info@goalgroup.com     Registered for VAT under number 744 1757 24

**CONFIDENTIAL**                                                                 GOLD_0000946


**SKAT**

Claim to Relief from Danish Dividend Tax

| ⠿ In my capacity as beneficial owner | ✗ On behalf of the beneficial owner |
|---|---|

Claim is made for refund of Danish dividend tax, in total DKK:   **1620000.00**

**Beneficial Owner**

Full name
THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARING PLAN

Full address
615 HAVERSTRAW ROAD,  SUFFERN
NY 10901
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number:    1

*(This documentation is obligatory)*

**Financial institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street BranchCroydon

|  | 34015159 |
|---|---|
| Reg no | Account no |
| NWBKGB2L | IBAN GB88NWBK60730134015159 |
| SWIFT | BLZ | IBAN |

On reclaim please quote:-ACE DK 56

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and                    U.S.A.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Date         Official stamp and signature

When signed to be forwarded to:    **Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

SKAT Fredensborg

Bilag nr. *123-16-3*

06.003 ENG

**CONFIDENTIAL**

GOLD_0000947



**ED&F MAN**

E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane,  London SE1 2QE and registered in the United Kingdom – confirm, The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein – 615 Haverstraw Road, Suffern, New York, 10901, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Novo Nordisk A/S |
| ISIN: | DK0060534915 |
| SEDOL: | BHC8X90 |
| Ex Date: | 20/03/2015 |
| Record Date: | 23/03/2015 |
| Pay Date: | 24/03/2015 |
| Quantity: | 1,200,000.00 |
| Gross Div Rate: | 5 |
| Amount Received: | 4,380,000.00 |
| WHT Suffered: | 1,620,000.00 |
| Currency | DKK |
| WHT %: | 27% |

6,0

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein. If you have any further concerns or issues please do not hesitate to contact us.

A U T H O R I S E D    S I G N A T O R Y

Christina MacKinnon

Head of Securities Operations

SKAT Fredensborg

Bilag nr. 123-16- 4

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL                                                      GOLD_0000948



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

CERTIFICATION
PROGRAM

Date: January 21, 2015

Taxpayer: GOLDSTEIN LAW GROUP PC 401 K PROFIT SHARING PLAN
      TIN: 13-4030325
Tax Year: 2015

I certify that, to the best of our knowledge, the above-named entity is
a trust forming part of a pension, profit sharing, or stock bonus plan
qualified under section 401(a) of the U.S. Internal Revenue Code, which
is exempt from U.S. taxation under section 501(a), and is a resident of
the United States of America for purposes of U.S. taxation.

Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev. 6-2006)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. 123-16-5

CONFIDENTIAL

**THE GOLDSTEIN LAW GROUP PC 401(K)**
**PROFIT SHARING PLAN**
615 HAVERSTRAW RD
SUFFERN, NY 10901

*Power of Attorney*

THIS POWER OF ATTORNEY, made this 25 day of February 2014 by THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARING PLAN ("the Company") WITNESSETH AS FOLLOWS:-

1.  The Company hereby appoints Goal TaxBack, ("GTB") to be the attorney of the Company and in the Company's name and otherwise on the Company's behalf and as the Company's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Company from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Company, or through GTB on behalf of the Company. The company also authorises GTB to set the procedure to collect the amounts claimed.

2.  The Company shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3.  The Company agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4.  The Company declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in the Company's name by virtue of this deed.

SKAT Fredensborg

Bilag nr. *123-16- 6*

CONFIDENTIAL

GOLD_0000950

5.  This deed shall be revocable on the unilateral act of the Company, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6.  This deed shall be governed by and construed in accordance with English law, and the Company hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

IN WITNESS whereof this deed has been executed by the Company and is intended to be and is hereby delivered on the date above written.

Executed as a deed by -

Name of company:

THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARING PLAN

Acting by name(s) of:

SHELDON GOLDSTEIN,
Trustee

Duly authorised
signatory(ies):

SKAT Fredensborg

Bilag nr. 123-16- 7



CONFIDENTIAL

SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000053
**Tax Ref:** 13-4030325

26 March 2015

Dear Sir or Madam,

### RE: A/C THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARING PLAN GOLDST-LAWGP

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

*NatWest Bank*
*High Street Branch Croydon Surrey*
*BIC NWBKGB2L*
*IBAN GB88 NWBK 6073 0134 0151 59*

Please quote reference **BACEDK000053**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

*uRodrigues*

Melissa-Anne Rodrigues
Operations Manager

SKAT Fredensborg

Bilag nr. *123 - 17 - 1*

GOAL TAXBACK LIMITED     7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG     t +44 (0)208 760 7130   f +44 (0)208 681 2854     e info@goalgroup.com     Registered in England & Wales Reg No. 3701795     Registered Office: 7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG, UK     Registered for VAT under number: 744 1757 24

## Acknowledgement Copy



SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000053
**Tax Ref:** 13-4030325

26 March 2015

Dear Sir or Madam,

### RE: A/C THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARING PLAN GOLDST-LAWGP

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

*NatWest Bank*
*High Street Branch Croydon Surrey*
*BIC NWBKGB2L*
*IBAN GB88 NWBK 6073 0134 0151 59*

Please quote reference **BACEDK000053**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

*vRodrigues*

Melissa-Anne Rodrigues
Operations Manager

## Please sign below and return to acknowledge receipt
## Signed                         Dated

SKAT Fredensborg

Bilag nr. *123-17- 2*

GOAL TAXBACK LIMITED    7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG    Registered in England & Wales Reg No. 3701793
t +44 (0)208 760 7130  f +44 (0)208 681 2854    Registered Office 7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG, UK
e info@goalgroup.com    Registered for VAT under number 744 7757 24

CONFIDENTIAL                                          GOLD_0000953



**SKAT**

Claim to Relief from Danish Dividend Tax

⠿ In my capacity as beneficial owner    ✗ On behalf of the beneficial owner

Claim is made for refund of Danish dividend tax, in total DKK:    1633500.00

| Beneficial Owner | Full name |
|---|---|
| | THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARING PLAN |

Full address
615 HAVERSTRAW ROAD, SUFFERN
NY 10901
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

*cRodrigues*

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney
shall be enclosed*

As documentation is enclosed dividend advice(s), number    1

*(This documentation is obligatory)*

| Financial institution | The amount is requested to be paid to: |
|---|---|

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street BranchCroydon

34015159

Reg no    Account no

NWBKGB2L        IBAN GB88NWBK60730134015159

SWIFT        BLZ        IBAN

On reclaim please quote:·ACE DK 53

Certification of the competent authority: It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and    U.S.A.

...........................................................

Date        Official stamp and signature

When signed to be forwarded to:    **Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

SKAT Fredensborg

Bilag nr. *123 - 17 - 3*

06.003 ENG

**CONFIDENTIAL**

GOLD_0000954



# ED&F MAN

**E D & F MAN CAPITAL MARKETS LIMITED**

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein – 615 Haverstraw Road, Suffern, New York, 10901, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Danske Bank A/S |
| ISIN: | DK0010274414 |
| SEDOL: | 4588825 |
| Ex Date: | 19/03/2015 |
| Record Date: | 20/03/2015 |
| Pay Date: | 23/03/2015 |
| Quantity: | 1,100,000.00 |
| Gross Div Rate: | 5.5 |
| Amount Received: | 4,416,500.00 |
| WHT Suffered: | 1,633,500.00 |
| Currency: | DKK |
| WHT %: | 27% |

*6.050,0*

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*Mackinnon*

Head of Securities Operations

SKAT Fredensborg

Bilag nr. *123 - 17 - 4*

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

**CONFIDENTIAL**



CERTIFICATION
PROGRAM

INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

Date: January 21, 2015

Taxpayer: GOLDSTEIN LAW GROUP PC 401 K PROFIT SHARING PLAN
          TIN: 13-4030325
Tax Year: 2015

I certify that, to the best of our knowledge, the above-named entity is
a trust forming part of a pension, profit sharing, or stock bonus plan
qualified under section 401(a) of the U.S. Internal Revenue Code, which
is exempt from U.S. taxation under section 501(a), and is a resident of
the United States of America for purposes of U.S. taxation.

Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev. 8-2008)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. 123 - 17 - 5

CONFIDENTIAL

GOLD_0000956

### THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARING PLAN
615 HAVERSTRAW RD
SUFFERN, NY 10901

#### *Power of Attorney*

THIS POWER OF ATTORNEY, made this 25 day of February 2014 by THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARING PLAN ("the Company") WITNESSETH AS FOLLOWS:-

1.  The Company hereby appoints Goal TaxBack,  ("GTB") to be the attorney of the Company and in the Company's name and otherwise on the Company's behalf and as the Company's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Company from time to time, including  the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Company, or through GTB on behalf of the Company. The company also authorises GTB to set the procedure to collect the amounts claimed.

2.  The Company shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3.  The Company agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4.  The Company declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in the Company's name by virtue of this deed.

SKAT Fredensborg

Bilag nr. 123-17-6