# K&L GATES

August 18, 2020

John C Blessington
john.blessington@klgates.com

T +1 617 261 3108
F +1 617 261 3175

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:   In re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Litigation Scheme, 18-md-2865 (LAK)**

Dear Judge Kaplan:

      We write on behalf of Defendants Darren Wittwer, Louise Kaminer, Robert Crema, and Acer Investment Group, LLC (the "New Defendants") to request an additional five pages for the reply we will submit in support of the New Defendants' Motion to Dismiss SKAT's Amended Complaints, for a total limit of 15 pages.  This request is the New Defendants' first such request for additional pages, and is sought in advance of the one-day deadline set by this Court's Individual Rules of Practice.  The New Defendants' Reply is due this Thursday, August 20, 2020.  Plaintiff SKAT has indicated that it has no objection to this request.

Respectfully submitted,

*/s/ John C. Blessington*
K&L Gates LLP
John C. Blessington
Brandon R. Dillman
Michael R. Creta
John L. Gavin
One Lincoln Street
Boston, MA 02111
617.261.3100

*Attorneys for Darren Wittwer, Louise Kaminer, Robert Crema, and Acer Investment Group, LLC*

cc:   All counsels of record (*VIA ECF*)

K&L GATES LLP
STATE STREET FINANCIAL CENTER   ONE LINCOLN STREET   BOSTON   MA 02111
T +1 617 261 3100  F +1 617 261 3175  klgates.com
703320955 v1