**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| In re<br><br>CUSTOMS AND TAX<br>ADMINISTRATION OF THE KINGDOM<br>OF DENMARK<br>(SKATTEFORVALTNINGEN) TAX<br>REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-05053; 18-cv-05374; 18-cv-08655 |

MASTER DOCKET

18-md-2865 (LAK)

**JOINT STIPULATION AND [PROPOSED] ORDER FOR BRIEFING ON DISPUTED FOREIGN LAW ISSUE OF STANDARD OF PROOF**

WHEREAS the Court's Pretrial Order No. 62 (ECF No. 1875) requires the parties to brief all disputed issues of foreign law pursuant to Federal Rule of Civil Procedure 44.1 by February 23, 2026;

WHEREAS Plaintiff, Skatteforvaltningen ("SKAT") and Defendants, Acer Investment Group LLC ("Acer"), David Freelove, Federated Logistics LLC 401K Plan (the "Federated Plan"), and Del Mar Asset Management Saving & Retirement Plan (the "Del Mar Plan," and collectively, the "Parties") dispute the standard of proof applicable to SKAT's claims under Danish law (the "Dispute");

WHEREAS this issue was briefed by the parties to Trial 1 via the following docket entries (including all exhibits thereto): for SKAT, ECF Nos. 1071, 1072, 1111, 1112, 1248, 1397; and for the Trial 1 defendants, ECF Nos. 1114, 1115, 1356, 1398, 1399;

WHEREAS the Court instructed at the December 3, 2025 conference that unless "there is new authority of some significant persuasive force," the Court intends to "handle" "the disagreement on the standard of proof" the same way as in Trial 1; and

WHEREAS the Parties are not aware of such further authority bearing on their Dispute;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that the briefing identified in the paragraph above, and otherwise appended to the contemporaneously-filed Declaration of Nicholas Bahnsen In Support of Stipulation, are hereby incorporated by reference and shall stand as the Parties' briefing on their Dispute as if originally filed in this matter, without further supplement.

Dated: New York, New York
       February 23, 2026

By: /s/ Nicholas S. Bahnsen

Sharon L. McCarthy
Nicholas S. Bahnsen
Daniel C. Davidson
KOSTELANETZ LLP
Seven World Trade Center
34th Floor
New York, NY 10007
Telephone: (212) 808-8100
Fax: (212) 808-8108
smccarthy@kostelanetz.com

*Counsel for Defendants David Freelove, Federated Logistics LLC 401K Plan, and the Del Mar Asset Management Saving & Retirement Plan*

By: /s/ Marc A. Weinstein

Marc A. Weinstein
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 837-6000
Fax: (212) 422-4726
marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

2

By: /s/ John C. Blessington

John C. Blessington (*pro hac vice*)
  John.Blessington@klgates.com
John L. Gavin (*pro hac vice*)
  John.Gavin@klgates.com
K&L GATES LLP
One Congress Street, Suite 2900
Boston, MA  02114
T: 617.261.3100
F:  617.261.3175

*Counsel for Defendant Acer Investment Group LLC*

SO ORDERED:

_____
Hon. Lewis A. Kaplan
United States District Judge

3