**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>Pertains to cases: 1:18-cv-05053, 1:18-cv-05374, and 1:18-cv-08655. | MASTER DOCKET<br><br>18-md-02865-LAK |

**NOTICE OF DEFENDANT ACER'S MOTION *IN LIMINE* TO PRECLUDE SKAT FROM INTRODUCING EVIDENCE OF TRADING AND TAX RECLAIMS BY ACER INVESTMENT GROUP LLC-RELATED PLANS OTHER THAN THE GOLDSTEIN LAW GROUP PC 401(k) PROFIT SHARING PLAN**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Defendant Acer Investment Group LLC, by and through its undersigned attorneys, will move the Court before the Honorable Lewis A. Kaplan at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, Courtroom 21B, at a date and time to be determined by the Court, for an order pursuant to Federal Rules of Evidence 401 and 403 precluding Plaintiffs SKAT from introducing evidence of trading and tax reclaims by Acer-related plans other than the Goldstein Law Group PC 401(k) Profit Sharing Plan, and for such other and further relief as the Court deems just and proper.

Dated: Boston, Massachusetts
February 23, 2026

Respectfully submitted,

K&L GATES LLP

*/s/ John C. Blessington*
John C. Blessington (*pro hac vice*)
 john.blessington@klgates.com
John L. Gavin (*pro hac vice*)

john.gavin@klgates.com
One Congress Street, Suite 2900
Boston, MA  02114
T: 617.261.3100
F: 617.261.3175

Robert E. Wollin (*pro hac vice*)
 robert.wollin@klgates.com
1717 Main Street, Suite 2800
Dallas, TX 75201
T: 214.939.5500

*Attorneys for Defendant / Third-Party Plaintiff Acer
Investment Group, LLC*