**AIRARI UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-05053. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## STIPULATION AND [PROPOSED] ORDER OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)

WHEREAS Plaintiff Skatteforvaltningen ("SKAT") asserted claims against Defendants Goldstein Law Group PC 401(k) Profit Sharing Plan, Sheldon Goldstein and Scott Goldstein (collectively, the "Goldstein Defendants") in the action *Skatteforvaltningen v. The Goldstein Law Group PC 401(K) Profit Sharing Plan, et al.*, No. 1:18-cv-05053 (the "Action");

WHEREAS SKAT and the Goldstein Defendants have now entered into a settlement agreement ("Agreement") resolving those claims;

WHEREAS SKAT wishes to voluntarily dismiss with prejudice the Goldstein Defendants from the Action, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs;

WHEREAS the dismissal is not intended to affect any of the claims asserted against Defendant Acer Investment Group, LLC in the Action, or any other action;

IT is therefore STIPULATED AND AGREED that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Goldstein Defendants are dismissed with prejudice from the Action, with each party to bear its own costs;

IT is further STIPULATED AND AGREED that SKAT's claims against Defendant Acer Investment Group, LLC in the Action are not affected by this dismissal; and

IT is further STIPULATED AND AGREED that the Court shall retain jurisdiction for the purpose of enforcing the Agreement among SKAT and the Goldstein Defendants.

Dated: New York, New York
     March 10, 2026

By: /s/ Neil J. Oxford
   Neil J. Oxford
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
neil.oxford@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

By: /s/ Kari Parks
   Kari Parks
GUSRAE KAPLAN NUSBAUM PLLC
120 Wall Street
New York, NY 10005
Telephone: (212) 269-1400
kparks@gusraekaplan.com

*Counsel for The Goldstein Law Group PC 401(k) Profit Sharing Plan, Sheldon Goldstein and Scott Goldstein*

SO ORDERED:

_____
   Lewis A. Kaplan
   United States District Judge