UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:18-cv-05053. | MASTER DOCKET<br><br>18-md-02865-LAK |

**MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)**

**PLEASE TAKE NOTICE** that the undersigned attorneys for Defendant Acer Investment Group, LLC ("Acer"), will apply before the Honorable Lewis A. Kaplan of the Southern District of New York at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a time and date to be determined by the Court, for an order transferring this action to the United States District Court for the District of Utah pursuant to 28 U.S.C. § 1404(a) when the Court remands the remaining cases pending against Acer to the District of Utah for trial. In support of the motion, Acer submits herewith a Memorandum of Law, Declaration of John C. Blessington, the pleadings and other documents on file in this matter, and any further argument or evidence that may be received by the Court.

Dated: March 12, 2026                Respectfully submitted,

                                                    K&L GATES LLP

                                                    */s/ John C. Blessington*
                                                    John C. Blessington (*pro hac vice*)
                                                      john.blessington@klgates.com
                                                  John L. Gavin (*pro hac vice*)
                                                      john.gavin@klgates.com
                                                  One Congress Street, Suite 2900
                                                  Boston, MA  02114
                                                  T: 617.261.3100
                                                  F: 617.261.3175

                                                  Robert E. Wollin (*pro hac vice*)
                                                    robert.wollin@klgates.com
                                                  1717 Main Street, Suite 2800
                                                  Dallas, TX 75201
                                                  T: 214.939.5500

                                                *Attorneys for Defendant / Third-Party Plaintiff Acer Investment Group, LLC*