**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION<br>OF THE KINGDOM OF DENMARK<br>(SKATTEFORVALTNINGEN) TAX<br>REFUND LITIGATION<br><br>This document relates to: 1:18-cv-5053 | Case No. 1:18-md-2865 (LAK) |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Defendants-Third-Party Plaintiffs

the Goldstein Law Group PC 401(k) Profit Sharing Plan, Sheldon Goldstein, and Scott Goldstein

on the one hand, and Third-Party Defendant MCML Limited f/k/a ED&F Man Capital Markets,

Ltd. on the other hand (each a "Party") by and through undersigned counsel, hereby stipulate to

the entry of an order of dismissal with prejudice of all claims, crossclaims, or defenses asserted

against any Party in this action, with each Party bearing its own costs. This Joint Stipulation of

Voluntary Dismissal with Prejudice may be executed in counterparts, which, when taken

together, shall constitute the entire Joint Stipulation of Voluntary Dismissal with Prejudice, and

signatures by facsimile and electronic mail should be considered the same as original signatures.

Dated: New York, New York
      March 17, 2026

GUSRAE KAPLAN NUSBAUM PLLC

By:_____

Kari Parks
120 Wall Street, 25th Floor
New York, New York 10005
Tel: (212) 269-1400
kparks@gusraekaplan.com

*Counsel for Defendants-Third-Party
Plaintiffs the Goldstein Law Group PC
401(k) Profit Sharing Plan, Sheldon
Goldstein, and Scott Goldstein*

BINDER & SCHWARTZ LLP

By:_____

Neil S. Binder
675 Third Avenue, 26th Floor
New York, NY 10017
Tel: (212) 510-7008
nbinder@binderschwartz.com

*Counsel for Third-Party Defendant MCML
Limited f/k/a ED&F Man Capital Markets,
Ltd.*