UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKATTEFORVALTNINGEN)                    18-md-2865 (LAK)
TAX REFUND LITIGATION

This paper applies to: 18-cv-5053, 18-cv-5374, 18-cv-8655

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/19/2026__

**PRETRIAL ORDER NO. 70**
(*In Limine* Ruling – Preclusion of Legal Opinions
and Attorney Involvement)

LEWIS A. KAPLAN, *District Judge.*

      Plaintiff moves *in limine* to preclude defendant Acer "from seeking to admit, or testifying about, legal opinions issued by Hannes Snellman . . . or otherwise testifying about the involvement or undisclosed advice of counsel."[1]  The motion (Dkt 1950 in 18-md-2865; Dkt 455 in 18-cv-5053; Dkt 324 in 18-cv-5374; Dkt 304 in 18-cv-8655) is **DENIED** without prejudice to renewal at trial.

      "As the precise foundation[s] for the [2013] Hannes Snellman opinion" and Acer's proffered testimony are "not here clear, the Court cannot now determine admissibility.  Accordingly, it denies plaintiff's motion insofar as it seeks to exclude that opinion and testimony.  Plaintiff will remain free to object at trial."[2]

      SO ORDERED.

Dated:      March 19, 2026

                                     Lewis A. Kaplan
                               United States District Judge

---

[1] Pl.'s Mem. Law Supp. MIL Preclude Legal Ops. & Att'y Involvement (Dkt 1951) at 1.

Plaintiff and Freelove defendants stipulated with respect to the issues raised in plaintiff's motion concerning Freelove defendants.  J. Stip. PricewaterhouseCoopers Op. (Dkt 2004).  Accordingly, plaintiff's motion is moot with respect to Freelove defendants.  Pl.'s Reply Mem. Law Supp. MIL Preclude Legal Ops. & Att'y Involvement (Dkt 2011) at 1 n.1.

[2] *In re Customs and Tax Admin. of the Kingdom of Denmark (SKAT) Tax Refund Litig.*, No. 18-md-2865 (LAK), 2024 WL 4696085, at *6 (S.D.N.Y. Nov. 6, 2024).