**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:18-cv-05053, 1:18-cv-09797, 1:18-cv-09836, 1:18-cv-09837, 1:18-CV-09838, 1:18-cv-09839, 1:18-cv-09840, 1:18-cv-09841, and 1:18-cv-10100. | MASTER DOCKET<br><br>18-md-02865-LAK |

**NOTICE OF SUGGESTION OF BANKRUPTCY**
**AND OF AUTOMATIC STAY**

Please be advised that Defendant Acer Investment Group, LLC filed a petition for relief under Chapter 7 of the United States Bankruptcy Code on March 24, 2026, in Case No. 26-21567 in the United States Bankruptcy Court for the District of Utah (the "Petition"). A true and correct copy of the Petition is attached hereto as Exhibit A.

Pursuant to 11 U.S.C. § 362, the filing of the Petition operates as an automatic stay of, among other things, the commencement or continuation of judicial action against the debtor (Acer Investment Group, LLC) that was or could have been commenced before the commencement of the bankruptcy case.

1

Dated: Boston, Massachusetts
March 24, 2026

Respectfully submitted,

K&L GATES LLP

/s/ John C. Blessington
John C. Blessington (*pro hac vice*)
  john.blessington@klgates.com
John L. Gavin (*pro hac vice*)
  john.gavin@klgates.com
One Congress Street, Suite 2900
Boston, MA  02114
T: 617.261.3100
F: 617.261.3175

Robert E. Wollin (*pro hac vice*)
  robert.wollin@klgates.com
1717 Main Street, Suite 2800
Dallas, TX 75201
T: 214.939.5500

*Pre-Bankruptcy Attorneys for Defendant Acer Investment Group, LLC*

2