# Exhibit A

## U.S. Bankruptcy Court
## District of Utah (Salt Lake City)
## Bankruptcy Petition #: 26-21567

Date filed:  03/24/2026

*Assigned to:*
Chapter 7
Voluntary
No asset

**Debtor**
**Acer Investment Group, LLC**
PO Box 238
Oakley, UT 84055
SUMMIT-UT
Tax ID / EIN: 22-3768936

represented by **Jeremy C. Sink**
Kirton McConkie
36 S. State Street, Suite 1900
Salt Lake City, UT 84111
801-239-3157
Email: jsink@kmclaw.com

*U.S. Trustee*
**United States Trustee**
Washington Federal Bank Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111
USTPRegion19.SK.ECF@usdoj.gov

### Debtor(s) email addresses used for BNC noticing ONLY

| Filing Date | # | Docket Text |
|---|---|---|
| 03/24/2026 | | Receipt of Filing Fee for Voluntary Petition (Chapter 7)( 26-21567) [misc,volp7a] ( 338.00). Receipt Number A29169337, Amount $ 338.00 (Re: Doc# 1). (U.S. Treasury) (EOD: 03/24/2026) |
| 03/24/2026 | 2 (6 pgs) | Statement of Financial Affairs and Schedules Filed by Acer Investment Group, LLC. (Sink, Jeremy) (EOD: 03/24/2026) |
| 03/24/2026 | | Creditor(s) uploaded (39 creditors). (Sink, Jeremy) (EOD: 03/24/2026) |
| 03/24/2026 | 1 (4 pgs) | Chapter 7 Voluntary Petition. Filed by Acer Investment Group, LLC. (Sink, Jeremy) (EOD: 03/24/2026) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 03/24/2026 10:06:19 |

| PACER Login: | jcsink164 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 26-21567 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| Billable Pages: | 1 | Cost: | 0.10 |

3/24/26  9:56AM

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF UTAH

Case number *(if known)* _____  Chapter  **7**

☐  Check if this is an
     amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Acer Investment Group, LLC** |

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)    **22-3768936**

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1000 E. 5200 N.** <br> **Oakley, UT 84055** <br> Number, Street, City, State & ZIP Code | **PO Box 238** <br> **Oakley, UT 84055** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Summit** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**

   ■  Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐  Partnership (excluding LLP)

   ☐  Other. Specify:    _____

3/24/26 9:56AM

Debtor   **Acer Investment Group, LLC** _____   Case number (*if known*) _____
         <u>Name</u>

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Official Form 201       **Voluntary Petition for Non-Individuals Filing for Bankruptcy**       page 2

Debtor    **Acer Investment Group, LLC**
          Name                                                                    Case number (*if known*) _____

                                                                                                                      3/24/26 9:56AM

List all cases. If more than 1,
attach a separate list          Debtor                                              Relationship _____
                                District _____    When _____        Case number, if known _____

**11. Why is the case filed in**    *Check all that apply:*
**this district?**
                                    ■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                         preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                    ☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**      ■ No
**have possession of any**
**real property or personal**       ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**                     **Why does the property need immediate attention?** (*Check all that apply.*)

                                             ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                                  What is the hazard? _____

                                             ☐ It needs to be physically secured or protected from the weather.

                                             ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                                  livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                             ☐ Other _____

                                             **Where is the property?**    _____
                                                                           Number, Street, City, State & ZIP Code

                                             **Is the property insured?**

                                             ☐ No

                                             ☐ Yes.   Insurance agency    _____

                                                      Contact name        _____

                                                      Phone               _____

███    **Statistical and administrative information**

**13. Debtor's estimation of**    .    *Check one:*
**available funds**
                                       ☐ Funds will be available for distribution to unsecured creditors.

                                       ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**    ■ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
**creditors**                  ☐ 50-99                   ☐ 5001-10,000              ☐ 50,001-100,000
                               ☐ 100-199                 ☐ 10,001-25,000            ☐ More than100,000
                               ☐ 200-999

**15. Estimated Assets**       ■ $0 - $50,000            ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                               ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                               ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                               ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**  ☐ $0 - $50,000            ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                               ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                               ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                               ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor   **Acer Investment Group, LLC**
         Name

3/24/26  9:56AM

Case number (*if known*) _____

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **March 24, 2026**
                 MM / DD / YYYY

**X** **/s/ Stacey Kaminer**                                    **Stacey Kaminer**
     Signature of authorized representative of debtor           Printed name

     Title    **Member**

---

**18. Signature of attorney**   **X** **/s/ Jeremy C. Sink**                        Date  **March 24, 2026**
                                     Signature of attorney for debtor                     MM / DD / YYYY

**Jeremy C. Sink**
Printed name

**Kirton McConkie**
Firm name

**36 S. State Street**
**Suite 1900**
**Salt Lake City, UT 84111**
Number, Street, City, State & ZIP Code

Contact phone    **801-239-3157**          Email address   **jsink@kmclaw.com**

**9916 UT**
Bar number and State

---