UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-25-26

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

Pertains to cases: 1:18-cv-05053, 1:18-cv-05374,
and 1:18-cv-08655.

MASTER DOCKET

18-md-02865-LAK

### NOTICE OF DEFENDANT ACER'S MOTION *IN LIMINE* TO PRECLUDE SKAT FROM INTRODUCING EVIDENCE OF TRADING AND TAX RECLAIMS BY ACER INVESTMENT GROUP LLC-RELATED PLANS OTHER THAN THE GOLDSTEIN LAW GROUP PC 401(k) PROFIT SHARING PLAN

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Defendant Acer Investment Group LLC, by and through its undersigned attorneys, will move the Court before the Honorable Lewis A. Kaplan at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, Courtroom 21B, at a date and time to be determined by the Court, for an order pursuant to Federal Rules of Evidence 401 and 403 precluding Plaintiffs SKAT from introducing evidence of trading and tax reclaims by Acer-related plans other than the Goldstein Law Group PC 401(k) Profit Sharing Plan, and for such other and further relief as the Court deems just and proper.

Dated: Boston, Massachusetts
February 23, 2026

Denied without prejudice
in light of Acer's bankruptcy
petition.
SO ORDERED

LEWIS A. KAPLAN, USDJ
3/25/26

Respectfully submitted,

K&L GATES LLP

/s/ John C. Blessington
John C. Blessington (*pro hac vice*)
john.blessington@klgates.com
John L. Gavin (*pro hac vice*)