UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to:  18-cv-05053, 18-cv-09797, 18-cv-09836, 18-cv-09837, 18-cv-09838, 18-cv-09839, 18-cv-09840, 18-cv-09841, 18-cv-10100 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**STIPULATION AND [PROPOSED] ORDER REGARDING
DEADLINES RELATED TO THIRD-PARTY DEFENDANT
ED&F MAN CAPITAL MARKETS, LTD.'S MOTION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between Third-Party Plaintiffs Darren Wittwer, Robert Crema, and Acer Investment Group, LLC (the "Third-Party Plaintiffs") and Third-Party Defendant ED&F Man Capital Markets, Ltd. ("Third-Party Defendant" and with the "Third-Party Plaintiffs," the "Parties") that:

1. The Third-Party Plaintiffs shall respond to the Third-Party Defendant's Motions to Dismiss [Doc. Nos. 573 & 575] on or before May 21, 2021,

2. The Third-Party Defendant shall file any reply memoranda of law on or before June 15, 2021.

This is the Parties' second request to modify the time for motion practice related to the Third-Party Plaintiffs' claims against the Third-Party Defendant. On February 18, 2021, this Court granted the Parties' first request to extend the time for answers or motion practice in response the Third-Party Plaintiffs' third-party complaints. [Doc. No. 537].

Dated: May 12, 2021

By: /s/ Neil S. Binder  
Neil S. Binder  
Binder & Schwartz LLP  
366 Madison Avenue, 6th Floor  
New York, NY 10017  
Telephone: 212-510-7031  
Facsimile: 212-510-7299  
nbinder@binderschwartz.com  

*On behalf of Third-Party Defendant ED&F Man Capital Markets, Ltd.*

By: /s/ John C. Blessington  
John C. Blessington  
K&L Gates LLP  
One Lincoln Street  
State Street Financial Center  
One Lincoln Street  
Boston, MA 02111  
T: 617.261.3100  
john.blessington@klgates.com  

*On behalf of Darren Wittwer, Robert Crema, and Acer Investment Group, LLC*

SO ORDERED:

/s/ Lewis A. Kaplan / PCM        May 13, 2021

Hon. Lewis A. Kaplan

United States District Judge