# Exhibit 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to case nos. 19-cv-01866, *et al.*

MASTER DOCKET

18-MD-2865 (LAK)

**NOTICE OF DEPOSITION**

TO:    All Counsel Listed in Appendix A via Email
       All Defendants Listed in Appendix B via First Class Mail

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Skatteforvaltningen ("SKAT"), by its attorneys, Hughes Hubbard & Reed LLP, shall take the testimony by deposition upon oral examination of Third-Party Defendant ED&F Man Capital Markets Ltd ("ED&F Man"). Pursuant to Rule 30(b)(6), ED&F Man shall designate one or more officers, directors, managing agents, or other corporate representatives with knowledge to testify on the deposition topics described in Schedule A to this Notice. Please inform us of the person(s) so designated and the matter(s) on which each such person will testify at least three weeks prior to the deposition.

**PLEASE TAKE FURTHER NOTICE** that the deposition shall take place before an officer duly authorized to administer oaths, and shall take place on October 7 and October 8, 2021, beginning at 7:00 a.m. each day, and continue thereafter from day to day until completed. The deposition will take place in person at the New York office of Hughes Hubbard & Reed LLP, located at One Battery Park Plaza, 10th Floor, New York, NY 10004. Pursuant to Rule 30(b)(3)(A), the deposition will be recorded via the Court Reporter's transcript. You are invited to attend and participate in the taking of said deposition.

**PLEASE TAKE FURTHER NOTICE** that this examination shall be recorded by stenographic means and videotaped, pursuant to Rule 30(b)(3)(A).

DATED:     New York, New York          HUGHES HUBBARD & REED LLP
           September 29, 2021

                                       /s/ Neil J. Oxford
                                       By:  Neil J. Oxford

                                       One Battery Park Plaza
                                       New York, New York 10004
                                       Tel: (212) 837-6000
                                       Fax: (212) 422-4726
                                       Email: neil.oxford@hugheshubbard.com

                                       *Attorneys for Plaintiff Skatteforvaltningen*
                                       *(Customs and Tax Administration of the*
                                       *Kingdom of Denmark)*

**Schedule A**

<u>**INSTRUCTIONS**</u>

Federal Rule of Civil Procedure 30(b)(6) requires ED&F Man Capital Markets Limited to (i) confer in good faith with plaintiff Skatteforvaltningen about the subject matters set forth herein; and (ii) designate one or more officers, directors, or other persons to testify on its behalf with regard to all matters known or information reasonably available to ED&F Man Capital Markets Limited on each of the subject matters set forth herein.

References to the singular in the Deposition Topics identified below shall include the plural and references to the plural shall include the singular; the conjunctive shall include the disjunctive and the disjunctive shall include the conjunctive.

The past tense shall include the present tense and *vice versa*.

The terms defined below and the individual Deposition Topics should be construed broadly to the fullest extent of their meaning.

Each of the Deposition Topics should be construed independently and no other Topic shall be referred to or relied on for the purpose of limiting the scope of any Topic.

Unless the context of a particular Deposition Topic indicates otherwise, the relevant time period covered by each Topic is January 1, 2012 until December 31, 2015.

<u>**DEFINITIONS**</u>

"Account(s)" means the Plans' account(s) at ED&F Man.

"Affiliate(s)" means ED&F Man Capital Markets Limited and/or one or more of its affiliates and subsidiaries, whether domestic or foreign, direct or indirect, including any agents, servants, directors, employees, or representatives thereof. For the avoidance of doubt, "Affiliate" or "Affiliates" includes without limitation ED&F Man Capital Markets Inc., ED&F

Man Professional Trading (Dubai) Limited, ED&F Man Derivative Products Inc., ED&F Man

Capital Markets Hong Kong Limited, ED&F Man Capital Markets MENA Limited, ED&F Man

Financial Services Holdings Limited, and Volcafe Limited.

"Claims" means the dividend withholding tax refund claims that the Plans

submitted to SKAT.

"Dividends" means any dividends purportedly received by the Plans from

ownership of the Shares.

"ED&F" refers to the entire global enterprise of ED&F Man, including all parent

companies, intermediate parent companies, Affiliates, subsidiaries, and branches of any ED&F

Man entity, whether domestic or foreign, direct or indirect, and any agents, servants, directors,

employees, or representatives of each of the foregoing.

"Investment Manager" means any investment manager, investment advisors,

financial advisors and/or agent that was used by any Plan, including but not limited to (i) Acer

Investment Group, LLC; (ii) Alpha Source Advisors LLC; (iii) Arq Management Group FZ; (iv)

Arunvill Capital UK Limited; (v) Ballance Capital UK Limited; (vi) Belador Advisors UK

Limited; (vii) Bluegrass Investment Management, LLC; (viii) Duet Asset Management UK

Limited; (ix) Hollbeach Investment Management LLC; and (x)Zeta Financial Partners Limited.

"Payment Agent(s)" means Acupay System LLC, Global Equities GmbH, Globe

Tax Services Incorporated, Goal TaxBack Limited, and Syntax GIS, and their affiliates,

subsidiaries, predecessors, successors, assigns, principals, officers, directors, employees, agents,

representatives, and attorneys.

"Plan(s)" means the pension plans identified on the attached Schedule C, and their affiliates, subsidiaries, predecessors, successors, assigns, principals, officers, directors, employees, agents, representatives, trustees, and attorneys.

"Refunds" means any amounts paid by SKAT resulting from dividend withholding tax refund claims made by the Plans.

"Shares" means any shares of Danish stock owned or purported to be owned by the Plans and identified on Schedule B.

"Structured Equity Finance Business" means ED&F's structured equity finance and custody business, headed by Mark Whitehead.

"Tax Voucher" means a tax voucher, credit advice, income advice, or similar document, created by ED&F Man that purports to show a Plan's ownership of any Shares or receipt of any Dividends or to supports a Plan's Claim(s).

## DEPOSITION TOPICS

1.    Any trading strategy for any Plan related to the Shares; ED&F's role in the establishment, creation, implementation, modification, or termination of such trading strategy; the role of any risk committee within ED&F in reviewing or approving any such strategy; ED&F's sourcing of or introduction to the Plans; ED&F's methods of communication with any Plan or any Investment Manager related to any such strategy, including communications via text message, personal email, or any other method; and any documentation provided to or received from a Plan or an Investment Manager concerning such strategy.

2.    Any tax or legal opinion or memorandum related to the Plans, Investment Managers, Claims and/or the Shares relied upon by ED&F in connection with trades in the Shares by the Plans or provided by ED&F to the Plans.

3.      The circumstances and substance of any agreements between ED&F and the Plans and/or their Investment Managers governing trading in the Shares, including stock lending agreements, swap agreements, future agreements, title transfer agreements, custody agreements, and profit sharing agreements related to the Plans' trading activities through ED&F.

4.      Transactions by or on behalf of the Plans or Investment Managers related to the Shares, including the timing, pricing, structure, clearing, settlement, fees, profit sharing, counterparties involved in such transactions and the allocation of capital and/or risk between the Plans, Investment Managers and ED&F related to any such transactions.

5.      The margin and financing arrangements between ED&F, the Plans and the Investment Managers, including any margin requirements imposed by ED&F on any Plan or Investment Manager, the method by which ED&F calculated any margin or capital requirement for any Plan or Investment Manager, any payments or transfer made by a Plan or Investment Manger to meet any such margin or capital requirement, and any payments or transfer made by ED&F to satisfy, in whole or in part, any such margin or capital requirement, the terms of any loans or financing extended to the Plans by ED&F or another party, the agreements governing any loans or financing, and discussions with the Plans and Investment Manager related to such loans or financing.

6.      The timing, terms, and counterparties of the transactions by which ED&F acquired the Shares it purported to sell to the Plans, including the terms and reasons for sales of the Shares between Affiliates and the communication methods used for transactions; ED&F's purchasing, borrowing, or loaning of Shares, whether on behalf of a client or on its own account, including the purpose, amounts, timing, and terms of the borrows and loans; and any internal purchasing, borrowing, or loaning of Shares within ED&F and the communication methods used.

7.      Hedging transactions related to the Shares, including the counterparties, terms, and risks, profits, and losses to all parties to any such transaction of any such hedging transaction; the purpose of any such hedging transaction; selection of the financial instrument for any such hedging transaction; agreements related to such hedging transactions; and any discussions related to such hedging transaction.

8.      ED&F's rehypothecation or other use of the Shares, including the timing of and contractual basis for such rehypothecation.

9.      Clearing or settlement arrangements in effect for the Shares traded by ED&F, the Plans, and ED&F Affiliates.

10.     Any transactions undertaken by any Plan, Investment Manager, or other third party intended to generate credit balances or funds to support the purchase of any Shares by any Plan.

11.     The Dividends or other cash payments that ED&F or the Plans received related to the Shares, including the amount, source and basis for those Dividends or other cash payments; and the accounts that received such Dividends or other cash payments.

12.     ED&F's use of sub-custodians in connection with the purchase, sale, or custody of the Shares, including the identity of the bank or other financial institution providing services as such sub-custodian; the amount, timing, and price of any Shares received by ED&F's sub-custodian for the account of ED&F or any of its clients; the amount, timing, and price of any Shares transferred from ED&F's sub-custodian; and documents and information concerning the Shares that any sub-custodian provided to ED&F.

13.     ED&F's Shadow system, including the process by which records were entered and controls over such entries.

14.     ED&F's books and records, including ED&F's recording of the purchase, sale, borrowing, lending, hedging and ownership of Shares, and any cash transferred in connection with any transactions related to the Shares, including purported Dividend income on Shares.

15.     All payments made or remuneration provided by the Plans and/or Investment Managers to ED&F and fees charged by ED&F to any Plan or Investment Manager, including drawdown fees, custody fees, profit sharing payments, or any other fee or payment; the method of calculation for any such payments or fees; the timing of the agreement by any Plan or Investment Managers to pay any fees to ED&F and the timing of the payment of fees by any Plan or Investment Managers; and the basis on which any fee was charged or payment made.

16.     All payments or credits made by ED&F, either directly or on behalf of a Plan, to any Investment Manager, including the calculation of such payments or credits and the basis on which such payment or credit was made.

17.     All payments or credits made by ED&F, either directly or on behalf of a Plan, to any Payment Agent.

18.     Calculations of fees, profits, and losses, and allocations of same to the Plans, the Investment Managers, ED&F, and any other party.

19.     The Tax Vouchers, including the representations made by ED&F contained in the Tax Vouchers.

20.     ED&F's internal decision to issue each Tax Voucher; any ED&F internal approvals related to the issuance of the Tax Vouchers; the process for the creation of such Tax Vouchers; ED&F's knowledge of the use to which each Tax Voucher would be put.

21.    ED&F's understanding of the Plans' ownership of the Shares and entitlement to receive Dividends and to claim withholding tax purportedly withheld in connection with those Dividends.

22.    The Refunds, including ED&F's receipt and distribution of the Refunds; the letter and appendix from Rosenblatt Limited to Pinsent Masons LLP dated January 13, 2020, including the accuracy of the letter and appendix and the computation and basis for each category of payments identified in Appendix 1 to the letter; and the "Updated Funds Flow Spreadsheet" provided to Pinsent Masons LLP by Rosenblatt Limited on June 11, 2020, including the accuracy of the Updated Funds Flow Spreadsheet and the computation and basis for each category of payments identified in the Updated Funds Flow Spreadsheet.

23.    The Tax Vouchers identified in Annex E to ED&F's Amended Defence dated September 6, 2019, including the basis for ED&F's admission in the Amended Defence that the relevant pension plan (i) "had not "received" the amount set out therein by way of dividend from the Danish Listed Company," and (ii) "had not "suffered" WHT in the amount set out therein relation to such dividend at the stated (27%) or any rate"; and the basis ED&F's admission in its January 11, 2021 letter to Pinsent Masons LLP that ED&F Man Proprietary Trading (Dubai) Limited "did not have a right to the relevant Danish Shares on the Trade Date and thus did not receive the dividends from the underlying Danish company," including the approval structure required and/or actually followed to enable ED&F Man Proprietary Trading (Dubai) Limited to satisfy "its contractual obligations to the purchasing Pension Plans by paying sums equivalent in value to these dividends net of 27% WHT".

24.    The U.K. Financial Conduct Authority's investigation into ED&F Man's custody business and trading in Danish shares.

25.     The day to day operation of the Structured Equity Finance Business, including its trading, reporting, operation, and regulatory functions; and individuals responsible for those functions.

26.     The remuneration of the Structured Equity Finance Business connected to the trading by the Plans.

27.     The clients of the Structured Equity Finance Business, including the process by which ED&F identified and solicited clients for the business; and the creation and dissemination of any materials related to the business and solicitation process.

28.     The onboarding process for new clients of the Structured Equity Finance Business, including ED&F's Know-Your-Customer ("KYC") process; the documents and information ED&F collected from or about the Plans during the onboarding, KYC, and/or due diligence processes; ED&F's investigations into the Plans' assets; and ED&F's procedures for assessing and setting credit or trading limits and how they were applied to the Plans.

29.     The Investment Managers, including the circumstances and nature of any relationship—commercial or otherwise—between ED&F and the Investment Managers; the circumstances and substance of any agreements that ED&F has entered into with the Investment Managers; any due diligence or other investigation ED&F has performed into the Investment Managers; and the documents and information ED&F collected from or about the Investment Managers during the onboarding, KYC, and/or due diligence processes.

**Schedule B**

A.P. Møller Mærsk A/S - A

A.P. Møller Mærsk A/S – B

Carlsberg A/S – B

Chr. Hansen Holding A/S

Coloplast A/S – B

Dampskibsselskabet Norden A/S

Danske Bank A/S

DSV A/S

FLSmidth & Co A/S

IC Group A/S

Lundbeck A/S

Novo Nordisk A/S – B

Novozymes A/S - B

Pandora A/S

Simcorp A/S

TDC A/S

Tryg A/S

**Schedule C**

5T Advisory Services Retirement Plan Trust

Acorn Capital Corporation Employee Profit Sharing Plan

Acorn Capital Strategies LLC Employee Pension Profit Sharing Plan & Trust

American Investment Group of New York, L.P. Pension Plan

Autoparts Pensions Group Trust

Bluegrass Investment Management, LLC Retirement Plan

Bluegrass Retirement Group Trust

Cambridge Way LLC 401k Profit Sharing Plan

Casting Pensions Group Trust

Central Technologies Pensions Group Trust

Del Mar Asset Management Saving & Retirement Plan

DW Construction, Inc. Retirement Plan

Federated Logistics LLC 401(K) Plan

Industrial Pensions Group Trust

JSH Farms LLC 401 (K) Plan

Kamco Investments, Inc. Pension Plan

Kamco LP Profit Sharing Pension Plan

KK Law Firm Retirement Plan Trust

KRH Farms LLC 401 (K) Plan

Linden Associates Defined Benefit Plan

MGH Farms LLC 401 (K) Plan

Moira Associates LLC 401 (K) Plan

MSJJ Retirement Group Trust

Newsong Fellowship Church 401 (K) Plan

Riverside Associates Defined Benefit Plan

SRH Farms LLC 401 (K) Plan

Sterling Alpha LLC 401(K) Profit Sharing Plan

SV Holdings, LLC Retirement Plan

Tew Enterprises, LLC Retirement Plan

Tew, LP Retirement Plan

The Goldstein Law Group PC 401(K) Profit Sharing Plan

Triton Farms LLC 401 (K) Plan

Tveter LLC Pension Plan

Uplands Consulting Retirement Plan Trust

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to case nos. 19-cv-01866, *et al.* | MASTER DOCKET<br><br>No. 18-MD-2865-LAK |

## AFFIRMATION OF SERVICE

I, John T. McGoey, declare under penalty of perjury that I caused to be served a copy of

the attached Notice of Deposition and all accompanying documents on June 4, 2021 upon all

counsel listed in Appendix A via email and upon All Defendants Listed in Appendix B via first

class mail.


DATED:    New York, New York         HUGHES HUBBARD & REED LLP
September 29, 2021

/s/ John T. McGoey
By:  John T. McGoey

One Battery Park Plaza
New York, New York 10004
Tel: (212) 837-6000
Fax: (212) 422-4726
Email: john.mcgoey@hugheshubbard.com

*Attorneys for Plaintiff Skatteforvaltningen*
*(Customs and Tax Administration of the*
*Kingdom of Denmark)*

## APPENDIX A

| | |
|---|---|
| **Allison Stoddart** | *Counsel for Defendants:* |
| **Alan E. Schoenfeld** | |
| **Stephanie Simon** | Avanix Management LLC |
| WilmerHale | Avanix Management LLC Roth 401K Plan |
| 7 World Trade Center | Batavia Capital Pension Plan |
| 250 Greenwich Street | Calypso Investments Pension Plan |
| New York, NY 10007 | Cavus Systems LLC |
| | Cavus Systems LLC Roth 401(K) Plan |
| Tel:  (212) 295-6401 | Hadron Industries LLC |
| allison.stoddart@wilmerhale.com | Hadron Industries LLC Roth 401(K) Plan |
| alan.schoenfeld@wilmerhale.com | Jocelyn Markowitz |
| michael.posada@wilmerhale.com | Richard Markowitz |
| | RJM Capital Pension Plan |
| | RJM Capital Pension Plan Trust |
| | Routt Capital Pension Plan |
| | Routt Capital Trust |
| **Bryan C. Skarlatos** | *Counsel for Defendants:* |
| **Eric Smith** | |
| **Juliet Fink** | David W. Freelove |
| Kostelanetz & Fink, LLP | Del Mar Asset Management Saving & Retirement Plan |
| 7 World Trade Center | Federated Logistics LLC 401(K) Plan |
| 250 Greenwich Street, 34th Fl. | John C. Doscas |
| New York, NY 10007 | Sterling Alpha LLC 401(K) Profit Sharing Plan |
| | |
| Tel:  (212) 808-8100 | |
| bskarlatos@kflaw.com | |
| esmith@kflaw.com | |
| jfink@kflaw.com | |

| | |
|---|---|
| **Caroline Ciraolo** | *Counsel for Defendants:* |
| **Sharon L. McCarthy** | |
| **Nicholas S. Bahnsen** | Azalea Pension Plan |
| Kostelanetz & Fink, LLP | Basalt Ventures LLC Roth 401(K) Plan |
| 601 New Jersey Avenue, NW | Bernina Pension Plan |
| Suite 620 | Bernina Pension Plan Trust |
| Washington, DC 20001 | Elizabeth Van Merkensteijn |
| | John Van Merkensteijn |
| Tel: (202) 875-8000 | Michelle Investments Pension Plan |
| cciraolo@kflaw.com | Omineca Pension Plan |
| smccarthy@kflaw.com | Omineca Trust |
| nbahnsen@kflaw.com | Remece Investments LLC Pension Plan |
| | Starfish Capital Management LLC Roth 401(K) Plan |
| | Tarvos Pension Plan |
| | Voojoo Productions LLC Roth 401(K) Plan |
| | Xiphias LLC Pension Plan |

| | |
|---|---|
| **David L. Goldberg** | *Counsel for Defendants:* |
| Katten Muchin Rosenman LLP | |
| 575 Madison Avenue | Robert Klugman |
| New York, NY 10022 | Aerovane Logistics LLC Roth 401(K) Plan |
| | Edgepoint Capital LLC Roth 401(K) Plan |
| Tel: (212) 940-6787 | Headsail Manufacturing LLC Roth 401(K) Plan |
| david.goldberg@kattenlaw.com | The Random Holdings 401K Plan |

| | |
|---|---|
| **John C. Blessington** | *Counsel for Defendants:* |
| **Brandon R. Dillman** | |
| **Michael Waller** | Acer Investment Group LLC |
| K&L Gates LLP | Alexander Jamie Mitchell III |
| State Street Financial Center, One | American Investment Group of New York, L.P. |
| Lincoln Street | Pension Plan |
| Boston, MA 02111 | Darren Wittwer |
| | David Schulman |
| Tel:  (617) 261-3100 | DW Construction, Inc. Retirement Plan |
| john.blessington@klgates.com | Joan Schulman |
| brandon.dillman@klgates.com | Kamco Investments, Inc. Pension Plan |
| michael.waller@klgates.com | Kamco LP Profit Sharing Pension Plan |
| | Linden Associates Defined Benefit Plan |
| | Moira Associates LLC 401 (K) Plan |
| | Newsong Fellowship Church 401 (K) Plan |
| | Riverside Associates Defined Benefit Plan |
| | Robert Crema |
| | Stacey Kaminer |
| **John Hanamirian** | *Counsel for Defendants:* |
| Hanamirian Law Firm | |
| 30 Wall Street | Acorn Capital Corporation Employee Profit Sharing |
| New York, NY 10005 | Plan |
| | Acorn Capital Strategies LLC Employee Pension Profit |
| Tel:  (856) 793-9092 | Sharing Plan & Trust |
| jmh@hanamirian.com | Cambridge Way LLC 401K Profit Sharing Plan |
| | Gregory Summers |
| | Shreepal Shah |
| **Joseph LoPiccolo** | *Counsel for Defendants:* |
| **John N. Poulos** | |
| **Daniella DaCunzo Dalia** | Ackview Solo 401K Plain |
| Poulos LoPiccolo PC | Aerovane Logistics LLC Roth 401(K) Plan |
| 311 West 43rd Street | Blackrain Pegasus LLC Solo 401K Plan |
| 11th Floor, Suite 124 | Blue Ocean Equity LLC Retirement Plan & Trust |
| New York, NY 10036 | Bradley Crescenzo |
| | Carl Andrew Vergari |
| Tel:  (732) 757-0165 | Christopher Nowell |
| lopiccolo@pllawfirm.com | Cole Enterprises USA Retirement Plan & Trust |
| poulos@pllawfirm.com | CSCC Capital Pension Plan |
| ddalia@pllawfirm.com | Delgado Fox LLC Solo 401K Plan |
| | Doston Bradley |
| | Edgepoint Capital LLC Roth 401(K) Plan |
| | FiftyEightSixty LLC Solo 401K Plan |
| | Gavin Crescenzo |
| | Gyos 23 LLC Solo 401K Plan |

Headsail Manufacturing LLC Roth 401K Plan
JML Capital LLC 401K Plan
John LaChance
Kevin Kenning
KK Law Firm Retirement Plan Trust
Matthew Tucci
Mitchell Protass
Natoli Management Pension Plan
Nova Fonta Trading LLC 401K Plan
NYCATX LLC Solo 401K Plan
OneZeroFive LLC Solo 401K Plan
Pegasus Fox 23 LLC Solo 401K Plan
RAK Investment Trust
Robert Klugman
Roger Lehman
Sanford Villa Pension Plan
Sean P. Driscoll
Svetlin Petkov
Tveter LLC Pension Plan
The 78 Yorktown Pension Plan
The Aria Pension Plan
The Aston Advisors LLC 401K Plan
The Atlantic DHR 401K Plan
The Balmoral Management LLC 401K Pension Plan
The Beech Tree Partners 401K Plan
The Belforte Pension Plan
The Bella Consultants Pension Plan
The Blackbird 401K Plan
The Bradley London Pension Plan
The Bravos Advisors 401K Plan
The Busby Black 401K Plan
The Cambridge Town Line Pension Plan
The Canada Rock LLC 401K Plan
The Cardinal Consulting Pension Plan
The Chambers Property Management, LLC 401K Plan
The Costello Advisors Pension Plan
The Crow Associates Pension Plan
The Diamond Scott Capital Pension Plan
The Dink 14 LLC 401K Plan
The DMR Pension Plan
The Dosmon BLY Pension Plan
The Egret Associates LLC 401K Plan
The Eskin Pension Plan
The Everything Clean LLC 401K Plan
The Fieldcrest Pension Plan
The FWC Capital LLC Pension Plan

The Green Group Site Pension Plan
The Hawk Group Pension Plan
The Heron Advisors Pension Plan
The Hibiscus Partners LLC 401K Plan
The Hoboken Advisors LLC 401K Plan
The Hotel Fromance Pension Plan
The Houston Rocco LLC 401K Plan
The India Bombay LLC 401K Pension Plan
The ISDB Pension Plan
The Jayfran Blue Pension Plan
The Joanne E. Bradley Solo 401K Plan
The JT Health Consulting LLC 401K Plan
The Jump Group LLC 401K Plan
The KASV Group Pension Plan
The Kodiak Capital Pension Plan
The Krabi Holdings LLC 401K Plan
The Kyber Pension Plan
The Lakeview Advisors 401K Plan
The LBR Capital Pension Plan
The Lerici Capital Pension Plan
The Ludlow Holdings 401K Plan
The M2F Wellness LLC 401K Plan
The Maple Advisors LLC 401K Plan
The Monin Amper Pension Plan
The Mountain Air LLC 401K Plan
The MPQ Holdings LLC 401K Plan
The Mueller Investments Pension Plan
The NYC Stanismore Pension Plan
The Oak Tree One 401K Plan
The Oaks Group Pension Plan
The Osprey Assocs. LLC 401K Plan
The Patrick Partners Conglomerate Pension Plan
The Petkov Management LLC 401K Plan
The Petkov Partners Pension Plan
The Proper Pacific LLC 401K Plan
The Random Holdings 401K Plan
The RDL Consulting Group LLC Pension Plan
The Regoleth Pension Plan
The Robin Daniel Pension Plan
The Saba Capital LLC 401K Plan
The Sandpiper Pension Plan
The Sea Bright Advisors LLC 401K Plan
The Sector 230 LLC 401K Plan
The Shapiro Blue Management LLC 401K Plan
The Sinclair Pension Plan
The SKSL LLC Pension Plan

The Skybax LLC 401K Plan
The Snow Hill Pension Plan
The SPKK LLC 401K Plan
The Stark Pension Plan
The Stor Capital Consulting LLC 401K Plan
The SVP 401K Plan
The Tag Realty Advisors LLC 401K Plan
The Texas Rocco LLC 401K Plan
The Throckmorton Advisors 401K Plan
The TKKJ LLC 401K Plan
The Valerius LLC Solo 401K Plan
The Wave Maven LLC 401K Plan
The West River Pension Plan
The Westport Advisors LLC 401K Plan
The Westridge Ave LLC 401K Plan
The Zen Training LLC 401(K) Plan
Thomas Kertelits
Todd Bergeron
Vincent Natoli

| | |
|---|---|
| **Mark J. Hyland** | *Counsel for Defendants:* |
| **Thomas Ross Hooper** | |
| Seward & Kissel LLP | Andrea Tew |
| One Battery Park Plaza | Autoparts Pensions Group Trust |
| New York, NY 10004 | Bernard Tew |
| | Bluegrass Investment Management, LLC |
| Tel:  (202) 737-8833 | Bluegrass Investment Management, LLC Retirement |
| hyland@sewkis.com | Plan |
| hooper@sewkis.com | Bluegrass Retirement Group Trust |
| | Casting Pensions Group Trust |
| **Philip W. Collier** | Central Technologies Pensions Group Trust |
| **John W. Pollom** | Industrial Pensions Group Trust |
| Stites & Harbison PLLC | Stephanie Tew |
| 400 West Market Street | SV Holdings, LLC Retirement Plan |
| Suite 1800 | Tew Enterprises, LLC Retirement Plan |
| Louisville, Kentucky 40202 | Tew, LP Retirement Plan |
| Tel:  (502) 587-3400 | Vincent Tew |
| pcollier@stites.com | |
| jpollom@stites.com | |

**Martin H. Kaplan**
**Kari Parks**
Gusrae Kaplan Nusbaum PLLC
120 Wall Street
New York, New York 10005

Tel:  (212) 269-1400
mkaplan@gusraekaplan.com
kparks@gusraekaplan.com

*Counsel for Defendants:*

Scott Goldsetein
Sheldon Goldstein
The Goldstein Law Group PC 401(K) Profit Sharing
Plan

---

**Michelle A. Rice**
Kaplan Rice LLP
142 West 57th Street, Suite 4A
New York, NY 10019

Tel:  (212) 235-0300
mrice@kaplanrice.com

*Counsel for Defendants:*

Albedo Management LLC Roth 401(K) Plan
Ballast Ventures LLC Roth 401(K) Plan
Bareroot Capital Investments LLC Roth 401(K) Plan
Battu Holdings LLC Roth 401K Plan
Cantata Industries LLC Roth 401(K) Plan
Cedar Hill Capital Investments LLC Roth 401(K) Plan
Crucible Ventures LLC Roth 401(K) Plan
David Zelman
Dicot Technologies LLC Roth 401(K) Plan
Eclouge Industry LLC Roth 401(K) Plan
Edwin Miller
Fairlie Investments LLC Roth 401(K) Plan
First Ascent Worldwide LLC Roth 401(K) Plan
Fulcrum Productions LLC Roth 401(K) Plan
Green Scale Management LLC Roth 401(K) Plan
Joseph Herman
Keystone Technologies LLC Roth 401(K) Plan
Limelight Global Productions LLC Roth 401(K) Plan
Loggerhead Services LLC Roth 401(K) Plan
Monomer Industries LLC Roth 401(K) Plan
PAB Facilities Global LLC Roth 401(K) Plan
Perry Lerner
Pinax Holdings LLC Roth 401(K) Plan
Plumrose Industries LLC Roth 401K Plan
Roadcraft Technologies LLC Roth 401(K) Plan
Robin Jones
Ronald Altbach
Sternway Logistics LLC Roth 401(K) Plan
Trailing Edge Productions LLC Roth 401(K) Plan
True Wind Investments LLC Roth 401(K) Plan
Tumba Systems LLC Roth 401(K) Plan
Vanderlee Technologies Pension Plan
Vanderlee Technologies Pension Plan Trust

**Neil S. Binder**
Binder & Schwartz, LLP
366 Madison Avenue, 6th Floor
New York, NY 10017

Tel: (212) 510-7031
nbinder@binderschwartz.com

*Counsel for Third-Party Defendant:*

ED&F Man Capital Markets, Ltd.

---

**Sheldon S. Toll**
Law Office of Sheldon S. Toll PLLC
29580 Northwestern Hwy., Ste. 1000
Southfield, MI 48034
Tel:   (248) 797-9111
sst@lawtoll.com

**James O'Toole**
Smith & O'Toole, PLLC
2333 Alexandria Dr.
Lexington, KY 40504
Tel:   (859) 514-6072

114 N.2nd St., Ste. A
Richmond, KY 40475
Tel:   (859) 575-2639
jotoole@smithotoole.com

*Counsel for Defendants:*

George Hofmeister
JSH Farms LLC 401(K) Plan
KRH Farms LLC 401(K) Plan
MGH Farms LLC 401(K) Plan
MSJJ Retirement Group Trust
SRH Farms LLC 401(K) Plan
Triton Farms LLC 401(K) Plan

---

**Stephen D. Andrews**
**Amy B. McKinlay**
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

Tel:   (202) 434-5000
sandrews@wc.com
amckinlay@wc.com

*Counsel for Defendants:*

Sander Gerber
Sander Gerber Pension Plan

| | |
|---|---|
| **Thomas E.L. Dewey** | *Counsel for Defendants:* |
| **David S. Pegno** | |
| **Sean Mullen** | Michael Ben-Jacob |
| Dewey Pegno & Kramarsky LLP | |
| 777 Third Avenue | |
| New York, NY 10017 | |
| | |
| Tel:  (212) 943-9000 | |
| tdewey@dpklaw.com | |
| dpengo@dpklaw.com | |
| smullen@dpklaw.com | |
| **Edward M. Spiro** | *Counsel for Defendants:* |
| Morvillo, Abramowitz, Grand, Iason & Anello PC | Clove Pension Plan |
| 565 Fifth Avenue | Delvian LLC Pension Plan |
| New York, NY 10017 | Mill River Capital Management Pension Plan |
| | Traden Investments Pension Plan |
| Tel:  (212) 856-9600 | |
| espiro@maglaw.com | |
| **Gabrielle S. Friedman** | *Counsel for Defendants:* |
| Lankler Siffert & Wohl LLP | |
| 500 Fifth Avenue | California Catalog Company Pension Plan |
| New York, NY 10110 | Davin Investments Pension Plan |
| | DFL Investments Pension Plan |
| Tel:  (212) 921-8399 | Laegeler Asset Management Pension Plan |
| gfriedman@lswlaw.com | Next Level Pension Plan |
| | Rajan Investments LLC Pension Plan |
| | Spirit on the Water Pension Plan |
| **Robert H. Pees** | *Counsel for Defendants:* |
| Akin Gump Strauss Hauer & Feld LLP | |
| One Bryant Park | 2321 Capital Pension Plan |
| Bank of America Tower | Bowline Management Pension Plan |
| New York, NY 10036 | Lion Advisory Inc. Pension Plan |
| | |
| Tel:  (212) 872-1000 | |
| rpees@akingump.com | |

**Michael Tremonte**

Sher Tremonte LLP

90 Broad Street, 23rd Floor

New York, NY 10004

Tel:   (212) 202-2600

mtremonte@shertremonte.com

*Counsel for Defendants:*

Alexander Burns

**APPENDIX B**

Raubritter LLC Pension Plan