UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to:   18-cv-05053, 18-cv-09797, 18-cv-09836, 18-cv-09837, 18-cv-09838, 18-cv-09839, 18-cv-09840, 18-cv-09841, 18-cv-10100[1] | MASTER DOCKET<br><br>18-md-2865 (LAK) |

### THIRD-PARTY PLAINTIFFS DARREN WITTWER, ROBERT CREMA, AND ACER INVESTMENT GROUP, LLC'S MOTION FOR LEAVE TO FILE AMENDED THIRD-PARTY COMPLAINTS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, with all exhibits thereto, Third-Party Plaintiffs Darren Wittwer, Robert Crema, and Acer Investment Group, LLC (collectively, "Third-Party Plaintiffs"), hereby move this Court for an order pursuant to Rule 15 of the Federal Rules of Civil Procedure granting Third-Party Plaintiffs leave to file their

---

[1] The related actions include the following cases, which were pending in the District of Utah prior to transfer to this Court for pre-trial purposes: *SKAT v. DW Construction, Inc. Retirement Plan*, 18-cv-09797 (S.D.N.Y.); *SKAT v. Kamco Investments Inc. Pension Plan*, 18-cv-09836 (S.D.N.Y.); *SKAT v. Kamco LP Profit Sharing Pension Plan*, 18-cv-09837 (S.D.N.Y.); *SKAT v. Linden Associates Defined Benefit Plan*, 18-cv-09838 (S.D.N.Y.); *SKAT v. Moira Associates LLC 401K Plan*, 18-cv-09839 (S.D.N.Y.); *SKAT v. Riverside Associates Defined Benefit Plan*, 18-cv-09840 (S.D.N.Y.); and *SKAT v. American Investment Group of New York, L.P. Pension Plan*, 18-cv-09841 (S.D.N.Y.) (together, the "Utah Actions"). The related actions also include *SKAT v. Newsong Fellowship Church 401k Plan*, 18-cv-10100 (S.D.N.Y.), which was pending in the Eastern District of Pennsylvania prior to transfer to this Court for pre-trial purposes, and *SKAT v. The Goldstein Law Group PC 401k Profit Sharing Plan*, 18-cv-05053 (S.D.N.Y.), which was pending in the Southern District of New York prior to multi-district consolidation.

proposed amended third-party complaints, and for such other and further relief as the Court deems just and proper.

November 29, 2021                    Respectfully submitted,

                                     K&L GATES LLP

                                     */s/ John C. Blessington*
                                     John C. Blessington (*pro hac vice*)
                                       john.blessington@klgates.com
                                     Brandon R. Dillman (*pro hac vice*)
                                       brandon.dillman@klgates.com
                                     Michael R. Creta (*pro hac vice*)
                                       michael.creta@klgates.com
                                     John L. Gavin (*pro hac vice*)
                                       john.gavin@klgates.com
                                     K&L GATES LLP
                                     State Street Financial Center
                                     One Lincoln Street
                                     Boston, MA  02111
                                     T: 617.261.3100
                                     F: 617.261.3175

                                     *Attorneys for Defendants Darren Wittwer,
                                     Robert Crema, and Acer Investment Group, LLC*