**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND LITIGATION

This document relates to: 1:18-cv-05053-LAK; 1:18-cv-09797-LAK; 1:18-cv-09836-LAK; 1:18-cv-09837-LAK; 1:18-cv-09838-LAK; 1:18-cv-09839-LAK; 1:18-cv-09840-LAK; 1:18-cv-09841-LAK; 1:18-cv-10100-LAK

MASTER DOCKET

Case No.: 1:18-md-02865-LAK

**STIPULATION AND [PROPOSED] ORDER REGARDING THIRD-PARTY DEFENDANT ED&F MAN CAPITAL MARKETS, LTD.'S TIME TO RESPOND TO ACER INVESTMENT GROUP, LLC, DARREN WITTWER, AND ROBERT CREMA'S MOTION TO AMEND**

WHEREAS, Third-Party Plaintiffs Acer Investment Group, LLC ("Acer"), Darren Wittwer, and Robert Crema (collectively, the "Third-Party Plaintiffs") filed a joint Motion to Amend (the "Motion") their Third-Party Complaints against ED&F Man Capital Markets, Ltd. ("ED&F") in the above-captioned proceedings on November 29, 2021;

IT IS HEREBY STIPULATED AND AGREED, by and between ED&F and the Third-Party Plaintiffs, that:

1. ED&F shall file its opposition to the Motion on or before February 4, 2022; and

2. The Third-Party Plaintiffs shall file any reply on or before March 4, 2022.

No provision of this Stipulation and Order shall be construed as a waiver of, and ED&F and the Third-Party Plaintiffs expressly reserve, all claims and defenses. This is the second request to modify the briefing schedule for the Motion; the first such request was granted. *See* ECF No. 703.

Dated:       New York, New York
             January 6, 2022

**BINDER & SCHWARTZ LLP**

By:  */s/ Neil S. Binder*
     Neil S. Binder
     M. Tomas Murphy
     Gregory C. Pruden
     366 Madison Avenue, 6th Floor
     New York, NY 10017
     Telephone:   212-510-7031
     Facsimile:   212-510-7299
     nbinder@binderschwartz.com
     tmurphy@binderschwartz.com
     gpruden@binderschwartz.com

*Attorneys for Third-Party Defendant ED&F Man Capital Markets, Ltd.*

**K&L GATES LLP**

By:  */s/ Brandon R. Dillman*
     John C. Blessington (*pro hac vice*)
     Brandon R. Dillman (*pro hac vice*)
     State Street Financial Center
     One Lincoln Street
     Boston, MA 02111
     Telephone:   617.261.3100
     Facsimile:   617.261.3175
     John.Blessington@klgates.com
     Brandon.Dillman@klgates.com

*Attorneys for Third-Party Plaintiffs Acer Investment Group, LLC, Darren Wittwer, and Robert Crema*

SO ORDERED:

_____
Hon. Lewis A. Kaplan
United States District Judge

2