UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND LITIGATION<br><br>Pertains to case numbers:<br><br>18-cv-5053, 18-cv-5374, 18-cv-8655, 18-cv-9797, 18-cv-9836, 18-cv-9837, 18-cv-9838, 18-cv-9839, 18-cv-9840, 18-cv-9841, 18-cv-10100 | Case No. 1:18-md-02865 (LAK) |

**NOTICE OF WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER**

PLEASE TAKE NOTICE that I, Gregory Charles Pruden, of the law firm Binder & Schwartz LLP, hereby withdraw as counsel for Third-Party Defendant MCML Limited f/k/a ED&F Man Capital Markets Limited ("ED&F"), in the above-captioned matters. As of July 1, 2024, I will no longer be employed by Binder & Schwartz and will no longer have any role in the above-captioned matters. Binder & Schwartz will continue as counsel of record for ED&F.

Dated:  June 26, 2024                              Respectfully submitted,
         New York, New York

                                                                    /s/ Gregory C. Pruden
                                                                   Gregory C. Pruden
                                                                   **BINDER & SCHWARTZ LLP**
                                                                   675 Third Avenue, 26th Floor
                                                                   New York, NY 10017
                                                                   Tel: 212.510.7008
                                                                   Fax: 212.510.7299
                                                                   gpruden@binderschwartz.com

                                                                   *Counsel for MCML Limited*

IT IS SO ORDERED.

Dated: _____, 2024

                                                              Hon. Lewis A. Kaplan
                                                              United States District Judge